United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Jamaica Beach STR Association, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:26-cv-31 |
| City of Jamaica Beach, Texas, *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

On February 4, 2026, the plaintiffs filed their complaint in this case and included a request for a preliminary injunction. Dkt. 1. The court sets a preliminary injunction hearing for Thursday, March 26, 2026, at 10:00am.

The court sets the following briefing schedule ahead of the hearing. The plaintiffs' opening brief must be filed by March 2, 2026; the defendants' responding brief by March 13, 2026; and the plaintiffs' reply brief by March 20, 2026.

While the defendants have been served, Dkts. 6, 7, they have not appeared. The plaintiffs are responsible for notifying the defendants of this order and its contents.

Signed on Galveston Island this 19th day of February, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE