A6 | THE DAILY NEWS | WEDNESDAY, FEBRUARY 25, 2026 CELEBRATING

183 YEARS GALVESTON COUNTY, TEXAS

SCIENCE | SPACE EXPLORATION

visit jamaica beach
CITY OF JAMAICA BEACH TEXAS
a great place to visit
and even better
place to live!

