



GOVERNMENT  DEPARTMENTS  SERVICES  FIND IT FAST

NEW RESIDENTS & VISITORS  COMMUNITY EVENTS

Home » Government

# City History

Born as a weekend playground in 1956, Jamaica Beach prospered during the booming economy of its early years, only to falter in the early 70's when the founding corporation suffered bankruptcy. But many of the early homeowners loved living by the sea, and with grit and determination they fought their tribulations, pooled their varied resources, and by working together, formed the foundation of the community we enjoy today. Their efforts culminated in 1975 with the incorporation of Jamaica Beach as a General Law City in the State of Texas.

Jamaica Beach has progressed from limestone roads to hard surfaced streets and from individual septic tanks to a modern sanitary sewer system. Continuing tests of our beach and bay waters show them to be extremely friendly to both human and aquatic life. The city's well staffed and equipped police force has provided us with the reputation of being the

safest living area on the island. We have a volunteer fire department that not only provides us with excellent fire protection, but is also a seemingly unlimited source of brains and brawn for community projects. Our city administrative staff and employees are willing and able to assist our citizens with any city related concerns.

Jamaica Beach is a wonderful place to be.

Enjoy!



### City of Jamaica Beach

16628 San Luis Pass (physical)

5264 Jamaica Beach (mailing)

Jamaica Beach, TX 77554

### Contact / Hours

City Hall: 409-737-1142

Fax: 409-737-5211

Police Emergency: 911

Police Non-Emergency: 409-737-1800

**Office Hours:**

8:00 a.m. - 5:00 p.m. (M-TH)

8:00 a.m. - 12:00 p.m. (F)

Website Disclaimer

Site Map

Government Websites by CivicPlus®

Login