ORDINANCE NO. 2025-05

**AN ORDINANCE OF THE CITY OF JAMAICA BEACH, TEXAS, REPLACING ORDINANCES 76-12 AND 2020-2, PROHIBITING UNREASONABLY LOUD, DISTURBING OR UNNECESSARY NOISE, OR NOISE DETRIMENTAL TO HEALTH; TO PROVIDE VIOLATIONS AND PENALTIES; TO PROVIDE FOR SEVERABILITY; TO PROVIDE FOR THE REPEAL OF ALL OR PARTS OF ORDINANCES IN CONFLICT HEREWITH; AND TO PROVIDE FOR AN EFFECTIVE DATE.**

---

**BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF JAMAICA BEACH, TEXAS, AS FOLLOWS:**

**WHEREAS,** the City Council of Jamaica Beach recognizes the importance of preserving the public peace and tranquility for residents, visitors, and businesses; and

**WHEREAS,** excessive and unreasonable noise can adversely affect the health, safety, welfare, and quality of life of the community; and

**WHEREAS,** the City of Jamaica Beach is a unique coastal community with residential neighborhoods, public spaces, and beaches in close proximity, which amplifies the impact of noise disturbances; and

**WHEREAS,** the beach is a popular and shared community asset where the regulation of amplified and excessive noise is necessary to maintain public enjoyment and safety; and

**WHEREAS,** it is in the public interest to establish clear and enforceable standards that define unreasonable noise using a plainly audible standard to ensure consistency in enforcement and fairness in application; and

**WHEREAS,** the City Council seeks to adopt reasonable time, place, and manner restrictions on sound to balance the interests of individual expression, recreation, business, and residential tranquility;

**NOW, THEREFORE, BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF JAMAICA BEACH, TEXAS, AS FOLLOWS:**

**SECTION 1. DEFINITIONS**

The following words, terms, and phrases, when used in this ordinance, shall have the

meanings ascribed to them in this section, unless the context clearly indicates another meaning:

a) **Daytime hours** shall mean the hours from 8:00 a.m. to 10:00 p.m. on Monday through Friday, and from 8:00 a.m. to 10:00 p.m. on Saturday and Sunday.

b) **Nighttime hours** shall mean the hours from 10:00 p.m. to 8:00 a.m. on Monday through Friday, and from 10:00 p.m. to 8:00 a.m. on Saturday and Sunday.

c) **dB(A)** shall mean the intensity of a sound expressed in decibels, A-weighted. This term is provided for reference only, as enforcement under this ordinance does not require decibel measurement.

d) **Emergency** shall mean any occurrence or set of circumstances involving actual or imminent physical trauma or property damage or loss that demands immediate action.

   **Emergency work** shall mean any work performed for the purpose of:
   - Preventing or alleviating physical trauma or property damage threatened or caused by an emergency;
   - Restoring property to a safe condition following a fire, accident, or natural disaster;
   - Protecting persons or property from exposure to danger; or
   - Restoring public utilities.

e) **Amplified Sound** means any sound produced, projected, or generated outdoors utilizing speakers or other sound projection or enhancement equipment.

f) **Natural Sound** means sound produced without electrical or mechanical amplification, including voices, acoustic musical instruments, or other ambient noises.

g) **Plainly audible** means any sound that can be clearly heard by a person with normal hearing, unaided by any mechanical device, and includes but is not limited to:
   - Discernible lyrics, speech, or shouting
   - Musical rhythms, melodies, or bass tones
   - Repetitive or identifiable sound patterns

   It is not necessary for the listener to identify the specific words or phrases or to see the source of the sound to determine a violation.

h) **Property line** shall mean, with respect to single occupancy properties, the line along the ground surface and its vertical extension that separates the real property owned, leased, or occupied by one person from that owned, leased, or occupied by another person.

i) **Beach** shall include any area of the beach from the vegetation line to 50' into the water and between the boundaries of the State Park and the west most pole line.

j) **Sound** shall include a single source or collective sources emanating from any source within the corporate limits of Jamaica Beach, including residences, vacation rentals, motor vehicles, watercraft, businesses, the beach, parks, or public spaces.

k) **Responsible Party** For the purposes of this ordinance, a Responsible Party includes any person or entity who:
   - Is present at the time the violation occurs and makes, assists in making, continues, permits, or causes the prohibited noise;
   - Has the legal ability or practical control to prevent, reduce, or stop the noise at the time of the violation;

o Owns, leases, manages, or otherwise controls the property, business, or premises from which the noise originates, including any rental or commercial operations conducted thereon;

o Operates, controls, or is in charge of any equipment, machinery, instrument, or device producing the noise; or

o Leaves unattended any equipment, machinery, instrument, device, animal, or combination thereof that subsequently produces noise in violation of this ordinance.

## SECTION 2. PROHIBITED NOISE

It shall be unlawful for any person to make, continue, or cause to be made or continued any sound that is plainly audible:

a) At a distance of **50 feet or more** from the source of the sound during Daytime Hours (**8:00 AM to 10:00 PM on Monday through Friday, and from 8:00 AM to 10:00 PM on Saturday and Sunday);** or

b) During the Nighttime hours (**10:00 PM to 8:00 AM on Monday through Friday, and from 10:00 PM to 8:00 AM on Saturday and Sunday)**, if the sound is plainly audible **beyond the property line**.

This applies to sound originating from any source within the corporate limits of Jamaica Beach, including residences, vacation rentals, motor vehicles, watercraft, businesses, parks, or public spaces.

## SECTION 2A. BEACH SOUND REGULATION SECTION

a) **Amplified sound on the beach:**
It shall be unlawful for any person to produce, continue, or cause to be produced any **amplified sound** on the beach that is plainly audible **at a distance of 25 feet or more from the source at any time**, day or night.

b) **Natural sound on the beach:**
It shall be unlawful for any person to produce, continue, or cause to be produced any **natural sound** on the beach that is plainly audible **beyond 25 feet from the source during Nighttime Hours**.
Natural sound plainly audible **in excess of 25 feet during Daytime hours** is permitted.

## SECTION 2B. ANIMAL NOISE

It shall be unlawful for the owner or keeper of any animal to allow the animal to bark, howl, whine or make any sound in such a manner, with such intensity, or with such continued

duration so as to annoy, distress or disturb the quiet, comfort or repose of persons of normal sensibilities within the vicinity of hearing thereof.

    a) Animal noise, including but not limited to barking, howling, whining, squawking, or other vocalizations, shall be considered unreasonable and in violation of this ordinance if it:

- Occurs continuously for ten (10) minutes or longer, or
- Occurs intermittently for thirty (30) minutes or longer within any one-hour period, and is plainly audible beyond the property line.

    b) This section shall not apply to:

- Animals reacting to a trespasser or other provocation (including fireworks);
- Sounds made in connection with emergency response or natural disasters;
- Animals that are part of a City-approved event, festival, or permitted gathering.

## SECTION 3. ENFORCEMENT SECTION

- This ordinance may be enforced by any Jamaica Beach Police Department officer or authorized city code enforcement officer.
- A violation may be determined solely based on an officer's direct observation.
- No sound meter or decibel measurement is required for enforcement under this ordinance.
- Each incident or extended period of noncompliance may constitute a separate violation.
- Officers may, at their discretion, issue one verbal or written warning prior to issuing a citation, unless the violation is willful, repeated, or poses an immediate disruption.

## SECTION 4: PENALTY

Any person violating any of the provisions of this Ordinance shall be deemed guilty of a Class C Misdemeanor, and upon conviction, shall be fined a sum not to exceed **$500.00 per violation, or the maximum amount authorized by Texas law**. Each day that a violation occurs shall constitute a separate offense. Additionally:

- Any repeat violation that occurs on the same day at the same location more than fifteen (15) minutes after the first occurrence shall constitute a separate offense.
- If a person or user of a property at the same address is convicted of violating the ordinance a **second time in the same calendar year**, the **minimum fine** shall be **no less than $250.00**.
- For a **third or subsequent conviction in the same calendar year**, the **minimum fine** shall be **no less than $350.00**.

For purposes of this penalty provision, a "conviction" shall also include **deferred disposition or deferred adjudication**.

## SECTION 5 EXEMPTIONS

The following acts or activities are exempt from the provisions of this ordinance:

- Musical chimes or bells from a public or religious institution provided the sound is less than fifteen (15) minutes in duration, occurs not more than five (5) times in a 24-hour period, and does not occur during Nighttime Hours.
- Sound from any authorized emergency scene, or any emergency response vehicle.
- Noise from construction, repair, maintenance, remodeling, demolition, or grading activities, provided such activities do not occur during Nighttime Hours, except in cases of urgent public necessity.
- Noise from burglar alarms or security devices, provided such noise terminates within fifteen (15) minutes of being activated.
- Any activity preempted from local regulation by state or federal law.
- Use of lawn mowers or other lawn or agricultural equipment, provided they are not operated during Nighttime Hours.
- Operation of aircraft in compliance with Federal Aviation Administration (FAA) regulations.
- City-authorized special events, defined as events permitted, approved, or sponsored in whole or in part by the City.
- City events occurring on or within city property up to 11pm
- Operation of generators used for temporary power during power outages.
- Operation of outboard boat motors.

## SECTION 6: SEVERABILITY

If any provision or portion of this ordinance, or the application thereof to any person or circumstance, is held to be invalid or unconstitutional by a court of competent jurisdiction, such holding shall not affect the validity of the remaining portions of this ordinance, and the City Council hereby declares that it would have enacted such remaining provisions regardless of the invalidity of any portion.

## SECTION 7. REPEALER

That Ordinance Nos. 76-12 and 2020-2 be and the same repealed in their entirety, such repealer to be effective upon the effective date of this Ordinance. All other ordinances or parts thereof in conflict herewith are repealed to the extent of such conflict only.

## SECTION 8. EFFECTIVE DATE

This ordinance shall take effect and be in force from and after its passage and publication as required by law.

**APPROVED AND ADOPTED** this __11__ day of __September__ 2025.

By: _____
Mary Morse, Mayor

ATTEST:

_____
Gilbert Salas City Administrator

ORDINANCE NO. *81-3*

AN ORDINANCE DEFINING PUBLIC NUISANCES AND PROVIDING

FOR THE ABATEMENT THEREOF, NOTICE, CIVIL REMEDIES,

ASSESSMENTS, LIENS, AND PROVIDING PENALTIES FOR

VIOLATION OF THIS ORDINANCE.

NOW, THEREFORE BE IT ORDAINED BY THE VILLAGE COUNCIL

OF THE VILLAGE OF JAMAICA BEACH, TEXAS:

SECTION 1:  Definitions.

The following words and phrases when used in this division
shall have the following meaning respectively ascribed to them;

(a)  Brush.  The word "brush" as used herein shall mean
shrubs, bushes, small trees or other vegetation of a
species that does not grow into a forest.

(b)  Carrion.  The word "carrion" shall mean the dead
flesh of decaying animal matter.

(c)  Filth.  The word "filth" shall mean any substance or
matter which is unsanitary, squalid, unclean, or foul.

(d)  Impure or unwholesome matter.  The phrase "impure
or unwholesome matter" shall mean any condition or
substance which may, tends to, or is liable to be
detrimental or injurious to the health or life of any
natural person.

(e)  Notice.  The word "notice" as used in this division shall
mean a written instrument served upon a specified party or
parties, person or persons.  Service may be affected by
personally delivering the written notice into the pos-
session of the party or parties or persons concerned.
Said service may also be affected by a letter, posted by
certified, return receipt request mail, addressed to the
party or parties, person or persons concerned at his
last known post office address, or by publication as
many as two (2) times within ten (10) consecutive days.

(f)  Nuisance:  The word "nuisance" as used in this
     division shall mean "brush", "carrion", filth", "impure
     or wholesome matter", "rubbish", "stagnant water", "ob-
     jectionable, unsightly, or unsanitary matter" and
     "weeds".

(g)  Rubbish:  The word "rubbish" as used in this division
     shall mean nonputrescible solid waste consisting of both
     combustible and noncombustible waste, such as paper,
     wrappings, cigarettes, cardboards, tin cans, yard clip-
     pings,  leaves, wood, glass, bedding, crockery and simi-
     lar materials.

(h)  Stagnant water.  The term "stagnant water" as used herein
     shall mean a pool, puddle, or body of water which in
     motionless, not flowing or not running in a current or
     stream.

(i)  Objectionable, unsightly, or unsanitary matter.  The
     phrase "objectionable, unsightly, or unsanitary mat-
     ter" when used herein shall include all uncultivated
     vegetable growth, objects and matter not included within
     the meaning of the other  terms as herein used which are
     liable to produce or tend to produce an unhealthy, un-
     wholesome or unsanitary condition for property within
     the general locality where the same is situated.  This
     phrase shall also include any species of rag weed or
     other vegetable growth which may tend to be unhealthy
     to individuals residing within the general locality
     where such growth is situated.

(j)  Weeds.  The word "weeds" shall include all wild growth
     of nonxious grass or undergrowth, or all rank and un-
     cultivated vegetable growth or matter which as grown
     to more than nine inches (9") in height, or which, re-
     gardless or height, is liable to become an unwholesome,
     decaying mass or a harboring place for mosquitoes or
     vermin.

SECTION 2:  Notification.

When the mayor or his representative, becomes informed, cognizant, or aware of any nuisance, as hereinbefore defined, he shall immediately give notice, as hereinbefore  defined, to the owner and to the occupant of the premises on which such nuisance is being maintained and existing.  Said notice shall require the owner and the occupant to abate and remove said nuisance within ten (10) days.

SECTION 3:  Failure to abate - Punishment.

It shall be unlawful for the owner or the occupant to fail to abate and remove said nuisance within the ten (10) day period specified in the notice.

SECTION 4:  Failure to abate - Civil Remedies.

In addition to, supplemental to, and cumulative of those provisions set out in Section 3 of this Code, if the owner fails or refuses to abate and remove said nuisance within the prescribed time period the Village may perform the necessary work to remove and abate such nuisance or may cause the same to be done and pay therefor.  The expenses incurred in doing or having such work done or improvements made may be assessed on the real estate or lot or lots or premises upon which such expenses is incurred.  On filing with the county clerk of the County of Galveston, Texas, a statement by the mayor of such expenses, the Village shall have a privileged lien against said real estate, or lot or lots or premises, second only to tax liens and liens for street improvements to secure the expenditures so made and ten per cent (10%) compound interest, compounded  quarterly, on the amount of expenditures from the date of such payment.  For any such expenditures, and interest, as aforesaid, suit may be instituted and foreclosure had in the name of the Village.  The statement by the mayor, or a certified copy thereof, shall be prima facie proof of the amount expended in any such work or improvements.

SECTION 5:

Any person, firm, corporation or other legal business entity, upon violation of the provisions of this Ordinance shall be guilty of a misdemeanor and upon conviction thereof shall be fined a sum not exceeding Two Hundred and no/100 ($200.00).

ASECTION 6:

That this Ordinance shall become effective from and after its adoption and publication as required by Law.

Mayor

VILLAGE SECRETARY

APPROVED AS TO FORM:

VILLAGE ATTORNEY

ORDINANCE NO. 76-_13_

AN ORDINANCE PROHIBITING THE OPERATION, DRIVING OR PARKING
OF VEHICLES ON BEACHES WITHIN THE CORPORATE LIMITS OF THE
VILLAGE OF JAMAICA BEACH, EXCEPT WITHIN DESIGNATED AREAS.

BE IT ORDAINED by the Village Council of the VILLAGE OF

JAMAICA BEACH, TEXAS:

SECTION 1.    It shall be unlawful for any person to

operate, drive or park any vehicles as that term is defined

in Article 6701d of Vernon's Annotated Civil Statutes in or

upon any part of the beaches adjacent to the waters of the

Gulf of Mexico within the corporate limits of the VILLAGE OF

JAMAICA BEACH, TEXAS, except within a seventy foot (70')

wide strip of land running the length of the beach within

such corporate limits, the North boundary line of such

seventy foot (70') strip being located _ten feet_ at least South of

the vegetation line established by Judgment of the District

Court of Galveston County, Texas, 122nd Judicial District,

in Cause No. 108,156.  Such seventy foot (70') strip of land

shall be marked by posts, and parallel parking shall be

permitted along such lines of posts, but not elsewhere, and

angle parking shall not be permitted on any part of said

beaches.

SECTION 2.    This Ordinance shall not apply to any

authorized emergency vehicle when responding to an emergency

call nor to persons, motor vehicles or other equipment of

all governmental agencies or other persons while actually

engaged in work upon said beaches as approved by the Village.

SECTION 3.    Penalties for the violation of any act

prohibited by this Ordinance shall be assessed under Ordinance

76-6.

SECTION 4.    That the hereinbefore recited Ordinance

be enacted as 76-_13_ of the Ordinances of the VILLAGE OF

JAMAICA BEACH, TEXAS.

SECTION 5.    That this Ordinance shall be and become

effective from and after its adoption and publication as

required by law.

APPROVED AS TO FORM:

HENRY G. DALEHITE, JR.
VILLAGE ATTORNEY

CERTIFICATION

I, JOAN S. WALSTAD, Secretary of the Village Council of the VILLAGE OF JAMAICA BEACH, TEXAS, do hereby certify that the foregoing is a true and correct copy of an ordinance adopted by the Village Council of the VILLAGE OF JAMAICA BEACH, TEXAS, this _12th_ day of _~~July~~ June_, 1976, as the same appears in records of this office, and after the enactment of such ordinance, the full text thereof was published by posting the same for at least 10 days between the _26th_ day of _June_, 1976, and the _7th_ day of _July_, 1976, in three public places in the VILLAGE OF JAMAICA BEACH, TEXAS.

IN TESTIMONY WHEREOF, I subscribe my name hereto officially under the corporate seal of the VILLAGE OF JAMAICA BEACH, TEXAS, this _12_ day of _July_, 1976.

_Joan S. Walstad_
SECRETARY OF THE VILLAGE
COUNCIL OF THE VILLAGE OF
JAMAICA BEACH, TEXAS

-2-

ORDINANANCE NO. 80 - 5

AN ORDINANCE AMENDING ORDINANCE NO. 76-7 BY ESTABLISHING
ADDITIONAL STOP STREETS, ONE-WAY STREETS, PROHIBITING PARKING,
NO PASSING AREA, NO RIGHT TURN, NO LEFT TURN, YIELD RIGHT-OF-
WAY, AND PROVIDING PENALTIES FOR FAILING TO COMPLY WITH THE
PROVISIONS OF THIS ORDINANCE.

SECTION 1.  That Ordinance 76-7 Section 2 shall be and
it is hereby Amended to read as follows:

SECTION 2.  It shall be unlawful for any person having
possession of, or control of or operating or driving any
vehicle to cause or allow such vehicle to enter upon any of
the following named streets at the indicated intersections
without first causing such vehicle to come to a complete
stop immediately before crossing the curb line of the street
to be entered:

| STREET | INTERSECTION WITH |
|---|---|
| Beachcomber | San Luis Pass Road |
| Bob Smith | San Luis Pass Road |
| Buccaneer | Jolly Roger (4-way) |
| Henry Morgan | Bob Smith |
| Henry Morgan | Buccaneer (North & South Side) |
| Jolly Roger | Bob Smith |
| Bahama Way | Jamaica Cove |
| Barbados Way | Jolly Roger |
| Basin | Jolly Roger |
| Bayside Way | Anchor Way |
| Bermuda Way | Jamaica Cove |
| Blackbeard | Buccaneer (North & South Side) |
| Bob Smith | Marina |
| Buccaneer (East Side) | Captain Kidd |
| Cabeza De Vaca | Bob Smith |
| Captain Bligh | Bob Smith |
| Captain Hook | Bob Smith |
| Captain Kidd | Buccaneer ( North & South Side) |
| Cormorant | Bob Smith |
| Curlew | Bob Smith |
| Davy Jones | Bob Smith |
| Edward Teach | Bob Smith |
| Edward Teach | Buccaneer (North & South Side) |
| Flamingo Way | Bob Smith |
| Fletcher Christian | Bob Smith |
| Flounder Way | Pelican |
| Francis Drake | Buccaneer (North & South Side) |
| Jamaica Beach | Buccaneer (North & South Side) |
| Jamaica Inn | Basin |
| Jamaica Inn | Buccaneer (North & South Side) |
| Jean LaFitte | Buccaneer (North & South Side) |
| John Davis | Buccaneer (North & South Side) |
| John Silver | Buccaneer (North & South Side) |
| Jolly Roger | Anchor Way |
| Kingston Way | Bob Smith |
| Lewis Scot | Buccaneer (North & South Side) |
| Managua Way | Bob Smith |
| Mansvelt | Buccaneer (North & South Side) |
| Moby Dick | Bob Smith |

| STREET | INTERSECTION WITH |
|---|---|
| M | |
| Montego | Bob Smith |
| Nassau Way | Jamaica Cove |
| Pelican | Bob Smith |
| Pelican Way | Pelican |
| Pompano Way | Pelican |
| Ponce De Leon | Bob Smith |
| Sandpiper | Bob Smith |
| Spanish Main | Tortuga Way (East & West Side) |
| Tahiti Way | Bob Smith |
| Tampico Way | Jolly Roger |
| Tern | Bob Smith |
| Tortuga Way | Jolly Roger |
| Trinidad Way | Jamaica Cove |

SECTION 3.  The following streets or parts of streets are designated as no parking streets and it shall be unlawful for any person in charge of or control of or operating or driving any vehicle to allow or cause the same to be parked or abandoned in or on or in the right-of-way of:

Buccaneer Drive, from San Luis Pass Road to the beach adjoining the Gulf of Mexico; Jamaica Beach Road in its entirety.

SECTION 4.  Penalties for violation of the provisions of this statute will be assessed under Ordinance 76-6 adopted by the Village of Jamaica Beach on April 1, 1976.

SECTION 5.  All Ordinances or parts of Ordinances in conflict with provisions of the Ordinance are hereby repealed to the extent of such conflict.

SECTION 6.  This Ordinance shall be and become effective from and after the date of its adoption and publication as required by law.

Adopted at regular session of Village Council on the _20th_ day of October, 1980.

ATTEST:

_____
City Secretary

_____
Mayor

APPROVED AS TO FORM:

_____
Village Attorney

ORDINANCE NO. 84 - 2

AN ORDINANCE AMENDING ORDINANCE NO. 80-5 BY ESTABLISHING ADDITIONAL NO
PARKING STREETS AND PROVIDING PENALTIES FOR FAILING TO COMPLY WITH THE
PROVISIONS OF THIS ORDINANCE.

SECTION 1.  That Ordinance 80-5 Section 3 shall be and is hereby
amended to read as follows:

SECTION 3.  The following streets or parts of streets are designated as
no parking streets and it shall be unlawful for any person in charge of or
control of or operating or driving any vehicle to allow or cause the same to
be parked or abandoned in or on or in the right-of-way of:

Buccaneer Drive, from San Luis Pass Road to the beach adjoining the
Gulf of Mexico; Jamaica Beach Road in its entirety.

North and South sides of Jolly Roger Road East of Buccaneer Drive
to the curve at the State Park boundary

North and South sides of Jolly Roger West of Buccaneer Drive to
Bob Smith Road

East and West sides of Buccaneer Drive from San Luis Pass Road to
Jolly Roger Road

SECTION 4.  Penalties for violation of the provisions of this statute will
be assessed under Ordinance 76-6 adopted by the Village of Jamaica Beach on April
1, 1976.

SECTION 5.  All Ordinances or parts of Ordinances in conflict with provisions
of this Ordinance are hereby repealed to the extent of such conflict.

SECTION 6.  This Ordinance shall be and become effective from and after the
date of its adoption and publication as required by law.

Adopted at regular session of City Council on the 24th day of September, 1984.


MAYOR


ATTEST:


CITY SECRETARY

ORDINANCE NO. 87-4

AN ORDINANCE AMENDING ORDINANCE NO. 80-5 BY ESTABLISHING ADDITIONAL NO
PARKING STREETS AND PROVIDING PENALTIES FOR FAILING TO COMPLY WITH THE
PROVISIONS OF THIS ORDINANCE.

SECTION 1.  That Ordinance 80-5 Section 3 shall be and is hereby
amended to read as follows:

SECTION 3.  The following streets or parts of streets are designated
as no parking streets and it shall be unlawful for any person in charge of or
control of or operating or driving any vehicle to allow or cause the same to
be parked or abandoned in or on or in the right-of-way of:

East and West sides of Buccaneer Drive from San Luis Pass Road to
the beach adjoining the Gulf of Mexico

East and West sides of Buccaneer Drive from San Luis Pass Road to
Jolly Roger Road

South side of Jamaica Beach Road East of Buccaneer (16500 block)

North side of Jamaica Beach Road West of Buccaneer (16600 and 16700 blocks)

South and North sides of Jamaica Beach Road in Beachcomber Section 27
(16800 and 16900 blocks)

Beachcomber Drive in its entirety

North and South sides of Jolly Roger Rd. East of Buccaneer Drive to
the curve at the State Park boundary

North and South sides of Jolly Roger Rd. West of Buccaneer Drive to
Bob Smith Rd.

SECTION 4.  Penalties for violation of the provisions of this statute will
be assessed under Ordinance 76-6 adopted by the Village of Jamaica Beach on
April 1, 1976.

SECTION 5.  All Ordinances or parts of Ordinances in conflict with
provisions of this Ordinance are hereby repealed to the extent of such
conflict.

SECTION 6.  This Ordinance shall be and become effective from and after
the date of its adoption and publication as required by law.

Adopted at regular session of City Council on the 20th day of July, 1987.

Philip J. Douglas, Mayor

ATTEST:

CITY SECRETARY

ORDINANCE NO. 95-03

AN ORDINANCE AMENDING ORDINANCE NO. 80-5 BY ESTABLISHING ADDITIONAL
NO PARKING STREETS, AND PROVIDING PENALTIES FOR FAILING TO COMPLY
WITH THE PROVISIONS OF THIS ORDINANCE.

SECTION 3.  The following streets or parts of streets are
designated as no parking streets and it shall be unlawful for any
person in charge of or control of or operating or driving any
vehicle to allow or cause the same to be parked or abandoned in
or on the main traveled portion of the street and:

North and South sides of Jolly Roger Rd. East of Bucaneer
Drive to the curve at the State Park Boundary and East and
West sides 180' North of the curve.  Off street parking on
right of way on State Park side of curve is allowed.

SECTION 4.  Penalties for violation of the provisions of
this statute will be assessed under Ordinance 76-6 adopted by the
Village of Jamaica Beach on April 1, 1976.

SECTION 5.  All Ordinances or parts of Ordinances in conflict
with provisions of the Ordinance are hereby repealed to the extent
of such conflict.

SECTION 6.  This Ordinance shall be and become effective from
and after the date of its adoption and publication as required by
law.

Adopted at regular session of City Council on the 17th
day of April, 1995.

ATTEST

Kenneth Dennis, Mayor
Village of Jamaica Beach

City Secretary
Village of Jamaica Beach

# ORDINANCE 99-05

**AN ORDINANCE AMENDING ORDINANCE 87-04 BY ESTABLISHING ADDITIONAL NO PARKING STREETS AND PROVIDING PENALTIES FOR FAILING TO COMPLY WITH THE PROVISIONS OF THIS ORDINANCE.**

**SECTION 1.** That Ordinance 87-4, Section 3 shall be and is hereby amended to include additional no parking streets as follows:

**East and West sides of Jolly Roger (North of Anchor Way) between the hours of 7:00 P.M. to 7:00 A.M., Sunday through Saturday.**

**East and West sides of Flamingo Way (beginning at Curlew Road to the North side of Cormorant Road) between the hours of 7:00 P.M. to 7:00 A.M., Sunday through Saturday.**

**SECTION 2.** Penalties for violation of the provisions of this ordinance will be assessed under Ordinance 76-6 adopted by the Village of Jamaica Beach on April 1, 1976.

**SECTION 3.** All ordinances or parts of ordinances in conflict with the provisions of this ordinance are hereby repealed to the extent of such conflict.

**SECTION 4.** This ordinance shall be and become effective from and after the date of its adoption and publication as required by law.

Adopted at regular session of City Council on the 19th day of July 1999.


_____
**Victor Pierson, Mayor Pro-Tem**


**ATTEST:**

_____
**T.D. White, City Secretary**

# ORDINANCE NO. 2016-2

**AN ORDINANCE AMENDING ORDINANCE 84-4 PROVIDING FOR SOLID WASTE DISPOSAL SERVICE WITHIN THE CONFINES OF THE CORPORATE LIMITS OF THE VILLAGE OF JAMAICA BEACH, TEXAS; PROVIDING FOR PRIVATE COLLECTIONS UPON ISSUANCE OF PERMITS; AND PROVIDING PENALTIES FOR THE VIOLATION OF THIS ORDINANCE, AS AMENDED, TO PROVIDE MORE EFFECTIVE AND EFFICIENT POLICIES AND PROCEDURES FOR THE COLLECTION OF RESIDENTIAL GARBAGE, TRASH AND REFUSE IN THE CITY OF JAMAICA BEACH; PROVIDING DEFINITIONS, RATES AND A PENALTY CLAUSE; MAKING VARIOUS FINDINGS AND PROVISIONS RELATED TO THIS SUBJECT; PROVIDING FOR AN EFFECTIVE DATE.**

---

**WHEREAS,** based on an investigation of the various forms of solid waste disposal systems being used by inhabitants, both permanent and temporary and by visitors to the City of Jamaica Beach, Texas, it was determined that a uniform solid waste disposal service need be implemented within the corporate limits of Jamaica Beach, Texas; and,

**WHEREAS,** the City Council of the City of Jamaica Beach, Texas deems it in the best interest of law enforcement and the citizens to adopt this ordinance to provide more effective and efficient policies and procedures for the collection of residential garbage, trash and refuse; and,

**WHEREAS,** this ordinance covers topics that include definitions, services offered, garbage and trash regulations, garbage receptacle requirements, times when receptacles may be in a public area, brush regulations, service rates and a penalty clause;

**NOW, THEREFORE, BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF JAMAICA BEACH, TEXAS:**

**SECTION 1.**  ORDINANCE GOVERNING: All garbage, trash, recycling and refuse collection within the city shall be controlled by the provisions of this Ordinance.

**SECTION 2.**  DEFINITIONS: As used in this Ordinance, the following terms shall have the meanings respectively ascribed to them in this section:

    A. *Brush:* Brush shall mean tree limbs and other cuttings from branches of trees and shrubs.

    B. *Commercial:* Any premises that are used for income producing purposes, including apartments larger than 4-plexes, except that boarding houses or rooming houses, which shall be considered to be a group of residential units. All premises that contain greater than four units of residential habitation under one (1) common roof shall be considered "commercial" for the purposes of this chapter. A 4-plex that is part of an associated series of buildings shall be considered "commercial" for the purposes of this chapter if the premises are

controlled by a homeowner's or condominium association and that association pays one water bill for all residents of the condominiums.

C. *Customer:* Customer shall mean the occupant of a residential, commercial or industrial structure located within the City of Jamaica Beach, whether the owner, renter or lessee thereof.

D. *Edible:* Edible to either humans or animals.

E. *Garbage:* Garbage shall mean every refuse accumulation of animal, fruit or vegetable matter attending the preparation, use, cooking, and dealing in or storage of meat, fish, fowl, fruits, vegetables, or grains and may also include waste paper and other miscellaneous household rubbish.

F. *Manufacturing plant:* A business which produces products from raw materials by mechanization through division of labor.

G. *Private Collector:* A licensed individual or company that collects garbage, trash and brush from a residential or commercial customer.

H. *Processing plant:* Any establishment which by various processes transforms meat, fish or poultry from its natural state into a substance which is edible with no or a minor amount of preparation such as cooking.

I. *Receptacles:* Containers that are appropriate for the placement of garbage and trash.

J. *Recyclable materials:* Useful materials that are extracted at the source prior to being discarded into the garbage, trash or other waste stream to be eventually reused, reprocessed, or reconditioned into a new use or function.

K. *Refuse:* Garbage or trash or any combination thereof.

L. *Residential:* An improved lot, tract, parcel of land or type of property, containing a single family or multifamily structure; a non-commercial property.

M. *Trash:* Paper of all kinds, rags, old clothing, paper and cardboard containers, old rubber, small pieces of wood, boxes, barrels, crates, weeds, grass, twigs (but not brush), leaves and other similar type materials the collection of which is not prescribed by this Ordinance.

**SECTION 3.** SERVICE OFFERED: From and after the effective date this act, garbage, trash, and brush service shall be offered and extended to owners and/or inhabitants of all improved lots, tract or parcels of land located within the corporate limits of the City of Jamaica Beach, Texas.

**SECTION 4.** GARBAGE AND TRASH; LOCATION AND NATURE OF RECEPTACLES; TIME OF PICK-UP:

A. All materials shall be placed in a plastic bag and then in a plastic or metal water type container with close fitting lids that repel animals and pick-up shall not have a capacity in excess of 30 gallons, and shall have usable handles on sides. Alternatively, plastic bags customarily used for disposal or household refuse shall be permissible.

2

B. Any person responsible for making a payment of fees for collection of fees under this Ordinance shall also be responsible for maintaining the receptacles in a clean and sanitary manner.

C. Receptacles and containers shall be placed for collection in one of the following locations, wherever possible:

1. Adjacent to the curb of the street in front of the property being serviced;

2. In areas where no street curbing exists and surface drainage is conducted through open road-side ditches, point of collections shall be on the shoulder of the street between the edge of the pavement and the drainage ditch, if there is sufficient space; if not, containers shall be placed on private property as close to the ditch as possible. No container shall ever be placed for collection in such a location as to interfere with the normal flow of traffic or surface drainage along and through drainage ditches.

D. All refuse containers shall be set out for collection prior to 8:00 A.M. on the regular day of collection.

## SECTION 5. RECYCLING, REGULATIONS:

A. Recycling containers may be picked up at City Hall.

B. The following items are eligible for recycling:

1. Newspapers - tie with string or place in brown paper bag under recycling bin. Do not include magazines, waxed paper, etc.

2. Aluminum Cans - cans should empty and rinsed clean.

3. Plastic Bottles - should be a #1 or #2 plastic, such as, soda bottles and milk jugs; caps should be removed and bottles should be rinsed.

4. Tin/Bi-Metal Containers - containers such as vegetable and soup cans should be rinsed clean; lids should be removed and placed inside, with the opening "pinched closed".

C. All recycling containers shall be set out for collection by 7:00 A.M. on the city's designated collection day of the week (contact City Hall for day).

## SECTION 6. BRUSH; REGULATIONS:

A. Brush shall be collected from curb sides only.

B. Brush deposited at the collection site shall be neatly bundled in bundles under 5 feet in length and ties. Any such bundle shall never exceed 50 pounds in weight. No bundle of brush shall ever be deposited for collection in any place which may cause interference with the normal flow of traffic or surface drainage along and through drainage ditch.

C. Brush shall be set out for collection prior to 8:00 A.M. on the city's designated collection day of the week (contact City Hall for day).

3

**SECTION 7.  RATES; GARBAGE AND RECYCLING:**

    A. Every customer receiving water service from the City of Jamaica Beach shall be charged a garbage, trash and brush fee unless it can be shown that garbage, brush, and trash are being removed by a permitted private collector.

    B. The rate for garbage collection shall be $10.89, plus sales tax, per customer per month.

    C. Recycling collection shall be free to residential garbage collection customers.

**SECTION 8.  COMMERCIAL PROPERTY:**  Commercial properties must contract with a private collector.  If a business wishes to use city service, arrangements need to be made with the City Secretary.  If the city is able to provide such service, fees will be negotiated based on quantity. See Ordinance 2011-1 for policies and procedures pertaining to commercial properties.

**SECTION 9.  FAILURE TO COMPLY WITH ORDINANCE:**  Any person violating any provision of this Ordinance shall be guilty of a misdemeanor. No collection service shall be provided when the provisions of this Ordinance are violated. Such collection service shall be suspended until such violations have been ceased and abated.

**SECTION 10.**  It is hereby declared to be the intention of the City Council that the sections, paragraphs, sentences, clauses and phrases of this Ordinance are severable and, if any phrase, clause, sentence, paragraph or section of this Ordinance should be declared invalid by the final judgment or decree of any court of competent jurisdiction, such invalidity shall not affect any of the remaining phrases, clauses, sentences, paragraphs and sections of this Ordinance.

**SECTION 11.**  All Ordinances or parts thereof in conflict herewith are repealed to the extent of such conflict only.

**SECTION 12.**  This Ordinance shall be and become effective 45 days after its adoption.

**APPROVED AND ADOPTED** this the 15th day of August, 2016.

Steve Spicer, Mayor

ATTEST:

Lupe Rushing, City Secretary

4

# ORDINANCE NO. 2019-1

**AN ORDINANCE OF THE CITY OF JAMAICA BEACH, TEXAS, AMENDING ORDINANCE 2016-2 PROVIDING FOR SOLID WASTE DISPOSAL SERVICE WITHIN THE CONFINES OF THE CORPORATE LIMITS OF THE CITY OF JAMAICA BEACH, TEXAS, AS AMENDED, PROVIDING THE RATE FOR RESIDENTIAL GARBAGE COLLECTION; AND PROVIDING FOR AN EFFECTIVE DATE.**

**WHEREAS,** based on an investigation of the various forms of solid waste disposal systems being used by inhabitants, both permanent and temporary and by visitors to the City of Jamaica Beach, Texas, it was determined that a uniform solid waste disposal service need be implemented within the corporate limits of City of Jamaica Beach, Texas; and,

**WHEREAS,** the City Council of the City of Jamaica Beach, Texas deems it in the best interest of law enforcement and the citizens to adopt this Ordinance to provide more effective and efficient policies and procedures for the collection of residential garbage, trash and refuse; and,

**WHEREAS,** this Ordinance covers topics that include definitions, services offered, garbage and trash regulations, garbage receptacle requirements, times when receptacles may be in a public area, brush regulations, service rates, penalty clause, and an effective date;

**NOW, THEREFORE, BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF JAMAICA BEACH, TEXAS:**

**SECTION 1.**   ORDINANCE GOVERNING: All garbage, trash, recycling and refuse collection within the city shall be controlled by the provisions of this Ordinance.

**SECTION 2.**  DEFINITIONS: As used in this Ordinance, the following terms shall have the meanings respectively ascribed to them in this section:

A. *Brush:* Brush shall mean tree limbs and other cuttings from branches of trees and shrubs.
B. *Commercial:* Any premises that are used for income producing purposes, including apartments larger than 4-plexes, except that boarding houses or rooming houses, which shall be considered to be a group of residential units. All premises that contain greater than four units of residential habitation under one (1) common roof shall be considered "commercial" for the purposes of this chapter. A 4-plex that is part of an associated series of buildings shall be considered "commercial" for the purposes of this chapter if the premises are controlled by a homeowner's or condominium association and that association pays one water bill for all residents of the condominiums.
C. *Customer:* Customer shall mean the occupant of a residential, commercial or industrial structure located within the City of Jamaica Beach, whether the owner, renter or lessee thereof.
D. *Edible:* Edible to either humans or animals.

E. *Garbage:* Garbage shall mean every refuse accumulation of animal, fruit or vegetable matter attending the preparation, use, cooking, and dealing in or storage of meat, fish, fowl, fruits, vegetables, or grains and may also include waste paper and other miscellaneous household rubbish.

F. *Manufacturing plant:* A business which produces products from raw materials by mechanization through division of labor.

G. *Private Collector:* A licensed individual or company that collects garbage, trash and brush from a residential or commercial customer.

H. *Processing plant:* Any establishment which by various processes transforms meat, fish or poultry from its natural state into a substance which is edible with no or a minor amount of preparation such as cooking.

I. *Receptacles:* Containers that are appropriate for the placement of garbage and trash.

J. *Recyclable materials:* Useful materials that are extracted at the source prior to being discarded into the garbage, trash or other waste stream to be eventually reused, reprocessed, or reconditioned into a new use or function.

K. *Refuse:* Garbage or trash or any combination thereof.

L. *Residential:* An improved lot, tract, parcel of land or type of property, containing a single family or multifamily structure; a non-commercial property.

M. *Trash:* Paper of all kinds, rags, old clothing, paper and cardboard containers, old rubber, small pieces of wood, boxes, barrels, crates, weeds, grass, twigs (but not brush), leaves and other similar type materials the collection of which is not prescribed by this Ordinance.

**SECTION 3.** SERVICE OFFERED: From and after the effective date this act, garbage, trash, and brush service shall be offered and extended to owners and/or inhabitants of all improved lots, tract or parcels of land located within the corporate limits of the City of Jamaica Beach, Texas.

**SECTION 4.** GARBAGE AND TRASH; LOCATION AND NATURE OF RECEPTACLES; TIME OF PICK-UP:

A. All materials shall be placed in a plastic bag and then in a plastic or metal water type container with close fitting lids that repel animals and pick-up shall not have a capacity in excess of 30 gallons, and shall have usable handles on sides. Alternatively, plastic bags customarily used for disposal or household refuse shall be permissible.

B. Any person responsible for making a payment of fees for collection of fees under this Ordinance shall also be responsible for maintaining the receptacles in a clean and sanitary manner.

C. Receptacles and containers shall be placed for collection in one of the following locations, wherever possible:
   1. Adjacent to the curb of the street in front of the property being serviced;
   2. In areas where no street curbing exists and surface drainage is conducted through open road-side ditches, point of collections shall be on the

2

shoulder of the street between the edge of the pavement and the drainage ditch, if there is sufficient space; if not, containers shall be placed on private property as close to the ditch as possible. No container shall ever be placed for collection in such a location as to interfere with the normal flow of traffic or surface drainage along and through drainage ditches.

D. All refuse containers shall be set out for collection prior to 8:00 A.M. on the regular day of collection.

## SECTION 5. RECYCLING, REGULATIONS:

A. Recycling containers may be picked up at City Hall.
B. The following items are eligible for recycling:
   1. Newspapers - tie with string or place in brown paper bag under recycling bin. Do not include magazines, waxed paper, etc.
   2. Aluminum Cans - cans should empty and rinsed clean.
   3. Plastic Bottles - should be a #1 or #2 plastic, such as, soda bottles and milk jugs; caps should be removed and bottles should be rinsed.
   4. Tin/Bi-Metal Containers - containers such as vegetable and soup cans should be rinsed clean; lids should be removed and placed inside, with the opening "pinched closed".
C. All recycling containers shall be set out for collection by 7:00 A.M. on the city's designated collection day of the week (contact City Hall for day).

## SECTION 6. BRUSH; REGULATIONS:

A. Brush shall be collected from curb sides only.
B. Brush deposited at the collection site shall be neatly bundled in bundles under 5 feet in length and ties. Any such bundle shall never exceed 50 pounds in weight. No bundle of brush shall ever be deposited for collection in any place which may cause interference with the normal flow of traffic or surface drainage along and through drainage ditch.
C. Brush shall be set out for collection prior to 8:00 A.M. on the city's designated collection day of the week (contact City Hall for day).

## SECTION 7. RATES; GARBAGE AND RECYCLING:

A. Every customer receiving water service from the City of Jamaica Beach shall be charged a garbage, trash and brush fee unless it can be shown that garbage, brush, and trash are being removed by a permitted private collector.
B. The rate for garbage collection shall be $10.89 $11.13, plus sales tax, per customer per month.
C. Recycling collection shall be free to residential garbage collection customers.

3

**SECTION 8.** COMMERCIAL PROPERTY:  Commercial properties must contract with a private collector.  If a business wishes to use city service, arrangements need to be made with the City Secretary.  If the city is able to provide such service, fees will be negotiated based on quantity. See Ordinance 2011-1 for policies and procedures pertaining to commercial properties.

**SECTION 9.**  FAILURE TO COMPLY WITH ORDINANCE:  Any person violating any provision of this Ordinance shall be guilty of a misdemeanor. No collection service shall be provided when the provisions of this Ordinance are violated. Such collection service shall be suspended until such violations have been ceased and abated.

**SECTION 10.**  It is hereby declared to be the intention of the City Council that the sections, paragraphs, sentences, clauses and phrases of this Ordinance are severable and, if any phrase, clause, sentence, paragraph or section of this Ordinance should be declared invalid by the final judgment or decree of any court of competent jurisdiction, such invalidity shall not affect any of the remaining phrases, clauses, sentences, paragraphs and sections of this Ordinance.

**SECTION 11.**  All Ordinances or parts thereof in conflict herewith are repealed to the extent of such conflict only.

**SECTION 12.**  This Ordinance shall be and become effective ~~45 days after its adoption~~ the 1st day of October 2019.

**APPROVED AND ADOPTED** this the 18th day of March, 2019.

_____
Steve Spicer, Mayor

ATTEST:

_____
Lupe Rushing, City Secretary

4

## ORDINANCE NO. 2023-07

**AN ORDINANCE OF THE CITY OF JAMAICA BEACH, TEXAS, AMENDING ORDINANCE 2019-1 PROVIDING FOR SOLID WASTE DISPOSAL SERVICE WITHIN THE CONFINES OF THE CORPORATE LIMITS OF THE CITY OF JAMAICA BEACH, TEXAS, AS AMENDED, PROVIDING THE RATE FOR RESIDENTIAL GARBAGE COLLECTION; AND PROVIDING FOR AN EFFECTIVE DATE.**

---

**WHEREAS,** based on an investigation of the various forms of solid waste disposal systems being used by inhabitants, both permanent and temporary and by visitors to the City of Jamaica Beach, Texas, it was dete1mined that a unifo1m solid waste disposal service need be implemented within the corporate limits of City of Jamaica Beach, Texas; and,

**WHEREAS,** the City Council of the City of Jamaica Beach, Texas deems it in the best interest of law enforcement and the citizens to adopt this Ordinance to provide more effective and efficient policies and procedures for the collection of residential garbage, trash, and refuse; and,

**WHEREAS,** this Ordinance covers topics that include definitions, services offered, garbage and trash regulations, garbage receptacle requirements, times when receptacles may be in a public area, brush regulations, service rates, penalty clause, and an effective date;

**NOW, THEREFORE, BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF JAMAICA BEACH, TEXAS:**

**SECTION 1.** ORDINANCE GOVERNING: All garbage, trash, recycling, and refuse collection within the city shall be controlled by the provisions of this Ordinance.

**SECTION 2.** DEFINITIONS: As used in this Ordinance, the following terms shall have the meanings respectively ascribed to them in this section:

A. *Brush:* Brush shall mean tree limbs and other cuttings from branches of trees and shrubs.
B. *Commercial:* Any premises that are used for income producing purposes, including apartments larger than 4-plexes, except boarding houses or rooming houses, which shall be considered to be a group of residential units. All premises that contain greater than four units of residential habitation under one (l) common roof shall be considered "commercial" for the purposes of this chapter. A 4-plex that is part of an associated series of buildings shall be considered "commercial" for the purposes of this chapter if the premises are controlled by a homeowner's or condominium association and that association pays one water bill for all residents of the condominiums.
C. *Customer:* Customer shall mean the occupant of a residential, commercial, or industrial structure located within the City of Jamaica Beach, whether the owner, renter, or lessee thereof.
D. *Edible:* Edible to either humans or animals.
E. *Garbage:* Garbage shall mean every refuse accumulation of animal, fruit or vegetable matter attending the preparation, use, cooking, and dealing in or storage of meat, fish, fowl, fruits, vegetables, or grains and may also include wastepaper and other miscellaneous household rubbish.
F. *Manufacturing plant:* A business which produces products from raw materials by mechanization through division of labor.

G. *Private Collector:* A licensed individual or company that collects garbage, trash, and brush from a residential or commercial customer.

H. *Processing plant:* Any establishment which by various processes transforms meat, fish, or poultry from its natural state into a substance which is edible with no or a minor amount of preparation such as cooking.

I. *Receptacles:* Containers that are appropriate for the placement of garbage and trash

J. *Recyclable materials:* Useful materials that are extracted at the source prior to being discarded into the garbage, trash, or other waste stream to be eventually reused, reprocessed, or reconditioned into a new use or function.

K. *Refuse:* Garbage or trash or any combination thereof.

L. *Residential:* An improved lot, tract, parcel of land or type of property, containing a single family or multifamily structure; a non-commercial property.

M. *Trash:* Paper of all kinds, rags, old clothing, paper and cardboard containers, old rubber, small pieces of wood, boxes, barrels, crates, weeds, grass, twigs (but not brush), leaves and other similar type materials the collection of which is not prescribed by this Ordinance

**SECTION 3.** SERVICE OFFERED: From and after the effective date this act, garbage, trash, and brush service shall be offered and extended to owners and/or inhabitants of all improved lots, tract or parcels of land located within the corporate limits of the City of Jamaica Beach, Texas.

**SECTION 4.** GARBAGE AND TRASH; LOCATION AND NATURE OF RECEPTACLES; TIME OF PICK-UP:

A. All materials shall be placed in a plastic bag and then in a plastic or metal water type container with close fitting lids that repel animals and pick-up shall not have a capacity in excess of 64 gallons and must not exceed 50 pounds. All white trash bags shall be placed in receptacles with tight fitting lids so that no white trash bag is visible. Alternatively, black plastic bags customarily used for disposal or household refuse, with sufficient thickness to prevent destruction by animals, shall be permissible. A maximum of four trash containers will be allowed on each collection day.

B. Any person responsible for making a payment of fees for collection of fees under this Ordinance shall also be responsible for maintaining the receptacles in a clean and sanitary manner.

C. Receptacles and containers shall be placed for collection in one of the following locations, wherever possible
   1. Adjacent to the curb of the street in front of the property being serviced.
   2. In areas where no street curbing exists and surface drainage is conducted through open road-side ditches, point of collections shall be on the shoulder of the street between the edge of the pavement and the drainage ditch, if there is sufficient space; if not, containers shall be placed on private property as close to the ditch as possible. No container shall ever be placed for collection in such a location as to interfere with the normal flow of traffic or surface drainage along and through drainage ditches.

D. All refuse containers shall be set out for collection prior to 8:00 A.M. on the regular day of collection.

City of Jamaica Beach                                                    Ordinance No. 2023-07

**SECTION 5.** RECYCLING, REGULATIONS:

A. Recycling containers may be picked up at City Hall
B. The following items are eligible for recycling:
   1. Newspapers - tie with string or place in brown paper bag under recycling bin. Do not include magazines, waxed paper, etc
   2. Aluminum Cans - cans should be empty and rinsed clean.
   3. Plastic Bottles - should be a #1 or #2 plastic, such as, soda bottles and milk jugs; caps should be removed, and bottles should be rinsed.
   4. Tin/Bi-Metal Containers - containers such as vegetable and soup cans should be rinsed clean; lids should be removed and placed inside, with the opening "pinched closed."
   5. Glass – should be empty and rinsed clean.
C. All recycling containers shall be set out for collection by 7:00 A.M. on the city's designated collection day of the week (contact City Hall for day)
D. Recycling material must be visible in the recycling container or placed in a clear bag and placed in the recycling container.

**SECTION 6.** BRUSH; REGULATIONS:

A. Brush shall be collected from curb sides only.
B. Brush deposited at the collection site shall be neatly bundled in bundles under 5 feet in length and ties. Any such bundle shall never exceed 50 pounds in weight. No bundle of brush shall ever be deposited for collection in any place which may cause interference with the normal flow of traffic or surface drainage along and through drainage ditch.
C. Brush shall be set out for collection prior to 8:00 A.M. on the city's designated collection day of the week (contact City Hall for day).

**SECTION 7.** RATES; GARBAGE AND RECYCLING:

A. Every customer receiving water service from the City of Jamaica Beach shall be charged a garbage, trash and brush fee unless it can be shown that garbage, brush, and trash are being removed by a permitted private collector.
B. The rate for garbage collection shall be $15.00, plus sales tax, per customer per month.
C. Recycling collection shall be free to residential garbage collection customers.

**SECTION 8.** COMMERCIAL PROPERTY: Commercial properties must contract with a private collector. If a business wishes to use city services, arrangements need to be made with the City Secretary. If the city is able to provide such a service, fees will be negotiated based on quantity. See Ordinance 2011-1 for policies and procedures pertaining to commercial properties.

**SECTION 9.** FAILURE TO COMPLY WITH ORDINANCE: Any person violating any provision of this Ordinance shall be guilty of a misdemeanor and upon conviction is punishable by a fine of no less than $100 and no more than $500, plus court costs. No collection service shall be provided when the provisions of this Ordinance are violated. Such collection service shall be suspended until such violations have ceased and abated.

Case 3:26-cv-00031     Document 13-4     Filed 03/02/26 in TXSD     Page 30 of 39

**SECTION 10.**  It is hereby declared to be the intention of the City Council that the sections, paragraphs, sentences, clauses and phrases of this Ordinance are severable and, if any phrase, clause, sentence, paragraph or section of this Ordinance should be declared invalid by the final judgment or decree of any court of competent jurisdiction, such invalidity shall not affect any of the remaining phrases, clauses, sentences, paragraphs and sections of this Ordinance.

**SECTION 11.**  All Ordinances or parts thereof in conflict herewith are repealed to the extent of such conflict only.

**SECTION 12.**  This Ordinance shall be and become effective on the 1st day of November 2023.

Approved and adopted this 14th day of September 2023.



_____
Sharon Bower, Mayor



ATTEST: _____
Robert Quintero, City Secretary

ORDINANCE NO. 76-16

AN ORDINANCE PROHIBITING THE BURNING OF, OR THE ATTEMPT TO BURN
ANY GARBAGE, TRASH, BRUSH, WEEDS, CARRION, FILTH, OR RUBBISH
WITHIN THE CORPORATE LIMITS OF THE VILLAGE OF JAMAICA BEACH, TEXAS

BE IT ORDAINED BY THE VILLAGE COUNCIL OF THE VILLAGE OF
JAMAICA BEACH, TEXAS:

SECTION 1.    It shall be unlawful for any person to dispose
of by burning, or to attempt to dispose of by burning any Garbage,
Trash, Brush, Weeds, Carrion, Filth, Rubbish, or any other matter
of an impure or unwholesome matter at any place or upon any premises
within the corporate limits of the Village of Jamaica Beach, Texas.

SECTION 2.    Definitions:

a) Garbage.  "Garbage" shall mean every refuse accumulation
of animal, fruit, or vegetable matter, attending the preparation,
use, cooking and dealing in or storage of meats, fish, fowl, fruit,
vegetables, or grains and may also include wastepaper and other
miscellaneous household rubbish.

b) Trash.  "Trash" shall mean paper of all kinds, rags, old
clothing, paper and cardboard containers, old rubber, small pieces
of wood, boxes, barrels, crates, grass, twigs and leaves.

c) Brush.  "Brush" shall mean tree limbs, and other cuttings
from branches of trees, brushes, and shrubs.

d) Weeds.  "Weeds" shall mean all wild growth of noxious
grass or undergrowth or all rank and uncultivated vegetable growth
or matter.

e) Carrion.  "Carrion" shall mean the dead flesh of decaying
animal matter.

f) Filth.  "Filth" shall mean any substance or matter which
is unsanitary, squaled, unclean or foul.

g) Rubbish.  "Rubbish" shall mean nonputresible solid waste
consisting of both combustible and noncombustible waste, such as
paper, wrappings, cigarettes, cardboard, tin cans, yard clippings,
leaves, wood, glass, bedding, crockery and similar materials.

h) Matter of an impure or unwholesome matter.  "Matter of
an impure or unwholesome matter" shall mean any substance which may,
tends to, or is liable to be detrimental or injurous to the health
or life of any natural person.

SECTION 3.    Penalties for violations of the provision of this statute will be assessed under Ordinance 76-6 adopted by the Village of Jamaica Beach on April 1, 1976.

SECTION 4.    That the hereinbefore recited ordinance be enacted as 76-16 of the ordinances of the Village of Jamaica Beach, Texas.

SECTION 5.    That this ordinance shall be and become effective from and after its adoption and publication as required by law.

APPROVED AS TO FORM:

ELMO M. JOHNSON
Village Attorney

### CERTIFICATION

I, JOAN S. WALSTAD, Secretary of the Village Council of the Village of Jamaica Beach, Texas, do hereby certify that the foregoing is a true and correct copy of an ordinance adopted by the Village of Council of the Village of Jamaica Beach, Texas, this 16th day of October, 1976, as the same appears in records of this office, and after the enactment of such ordinance, the full text thereof was published by posting the same for at least ten days between the 20th day of October, 1976, and the 31st day of October, 1976, in three public places in the Village of Jamaica Beach, Texas.

IN TESTIMONY WHEREOF, I subscribe my name hereto officially under the corporate seal of the Village of Jamaica Beach, Texas, this 15th day of November, 1976.

SECRETARY OF THE VILLAGE COUNCIL
OF THE VILLAGE OF JAMAICA BEACH,
TEXAS

## ORDINANCE 98-4

AN ORDINANCE REVALIDATING ORDINANCE 94-2, WHICH ESTABLISHED AN EMERGENCY MANAGEMENT PROGRAM INCLUDING MITIGATION, PREPAREDNESS, RESPONSE AND RECOVERY PHASES OF COMPREHENSIVE EMERGENCY MANAGEMENT; ACKNOWLEDGING THE POSITION OF EMERGENCY MANAGEMENT DIRECTOR, AUTHORIZING THE APPOINTMENT OF AN EMERGENCY MANAGEMENT COORDINATOR; AND PROVIDING FOR THE DUTIES AND RESPONSIBILITIES OF THOSE OFFICES; IDENTIFYING AN OPERATIONAL ORGANIZATION; GRANTING NECESSARY POWERS TO COPE WITH ALL PHASES OF EMERGENCY MANAGEMENT WHICH THREATENS LIFE AND PROPERTY IN THE CITY OF JAMAICA BEACH; ESTABLISHING A COOPERATIVE EMERGENCY MANAGEMENT PLAN AND PROGRAM; AUTHORIZING COOPERATIVE AND MUTUAL AID AGREEMENTS FOR RELIEF WORK BETWEEN THIS AND OTHER CITIES OR COUNTIES AND FOR RELATED PURPOSES; PROHIBITING UNAUTHORIZED WARNING AND ALL PUNISHABLE BY A FINE NOT TO EXCEED $10,000.

**PASSED AND APPROVED** this ___21___ day of ___December___, 1998.

_____
Kenneth R. Dennis, Mayor
City of Jamaica Beach

ATTEST:

_____
T.D. White, City Secretary
City of Jamaica Beach

ORDINANCE NO ___94-2___

AN ORDINANCE ESTABLISHING AN EMERGENCY MANAGEMENT
PROGRAM INCLUDING MITIGATION, PREPAREDNESS, RESPONSE AND
RECOVERY PHASES OF COMPREHENSIVE EMERGENCY MANAGEMENT;
ACKNOWLEDGING THE POSITION OF EMERGENCY MANAGEMENT
DIRECTOR, AUTHORIZING THE APPOINTMENT OF AN EMERGENCY
MANAGEMENT COORDINATOR; AND PROVIDING FOR THE DUTIES AND
RESPONSIBILITIES OF THOSE OFFICES; IDENTIFYING AN OPERATIONAL
ORGANIZATION; GRANTING NECESSARY POWERS TO COPE WITH ALL
PHASES OF EMERGENCY MANAGEMENT WHICH THREATEN LIFE AND
PROPERTY IN THE CITY OF JAMAICA BEACH; ESTABLISHING A
COOPERATIVE EMERGENCY MANAGEMENT PLAN AND PROGRAM;
AUTHORIZING COOPERATIVE AND MUTUAL AID AGREEMENTS FOR
RELIEF WORK BETWEEN THIS AND OTHER CITIES OR COUNTIES AND FOR
RELATED PURPOSES; PROHIBITING UNAUTHORIZED WARNING AND ALL-
PUNISHABLE BY A FINE NOT TO EXCEED $10,000.

WHEREAS, the City Council of the City of Jamaica Beach finds that the identification of potential hazards and the prevention or mitigation of their effects must be an on-going concern of the City if the lives and property of the populace are to be protected; and

WHEREAS, the City Council hereby declares that the preparation of a Comprehensive Emergency Management Plan, and the means for its implementation for the protection of lives and property in the City of Jamaica Beach from natural or man caused disasters or threat thereof is immediately essential, and

WHEREAS, the City Council further finds that in times of disasters which may imperil the safety of the inhabitants of the City, or their property, it becomes necessary to effectuate and place into operation the preconceived plans and preparations with a minimum of delay; and

WHEREAS, the City Council finds therefore, that the preparation and implementation of such plans are now imperative; BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF Jamaica Beach:

## Section 1.   ORGANIZATION

There exists the office of Emergency Management Director of the City of Jamaica Beach, which shall be held by the City Mayor in accordance with State Law.

a.   An Emergency Management Coordinator may be appointed by and serve at the pleasure of the Director.

b.   The Director shall be responsible for a program of comprehensive Emergency Management within the City and for carrying out the duties and responsibilities set forth in this ordinance. He/she may delegate authority for execution of these duties to the Coordinator, but ultimate responsibility for such execution shall remain with the Director.

c.   The operational cooperative Emergency Management Organization is comprised of personnel of the Galveston County Office of Emergency Management and appointed personnel

## Section 2.   EMERGENCY MANAGEMENT DIRECTOR-POWER AND DUTIES

The duties and responsibilities of the Emergency Management Director shall include the following:

a.   Conduct an on-going survey of actual or potential hazards which threaten life and property within the City and an on-going program of identifying and requiring or recommending the implementation of measures which would tend to prevent the occurrence or reduce the impact of such hazards if a disaster did occur.

b.   Supervision of the development and approval of an Emergency Management Plan for the City of Jamaica Beach, and shall recommend for adoption by the City council all mutual aid arrangements deemed necessary for the implementation of such a plan.

c.   Authority to declare a local state of disaster.  The declaration may not be continued or renewed for a period in excess of 7 days except by or with the consent of the City Council.  Any order or proclamation declaring, continuing, or terminating a local state of disaster shall be given prompt and general publicity and shall be filed promptly with the City Secretary.

d.    Issuance of necessary proclamations, regulations, or directives which are necessary for carrying out the purposes of this ordinance.  Such proclamations, regulations or directives shall be disseminated promptly by means calculated to bring its contents to the attention of the general public and, unless circumstances attendant on the disaster prevent or impede, promptly filed with the City Secretary.

e.    Direction and Control of the operations of the cooperative Emergency Management Organization for the City of Jamaica Beach as well as the training of emergency management personnel.

f.    Determination of all questions of authority and responsibility that may arise within the Emergency Management Organization related to the City.

g.    Maintenance of liaison with other municipal, county, district, state, regional or federal Emergency Management Organizations.

h.    Marshalling of all necessary personnel, equipment, or supplies from any department of the City to aid in the carrying out of the provisions of the Emergency Management Plan.

i.    Supervision of the drafting and execution of mutual aid agreements, in cooperation with the representatives of the State, and the drafting and execution of an agreement with Galveston County and with other municipalities within the County for the county-wide coordination of Emergency Management efforts.

j.    Supervision of and final authorization for the procurement of all necessary supplies and equipment including acceptance of private contributions which may be offered for the purpose of improving Emergency Management within the City.

k.    Authorizing of agreements, after approval by the City Attorney, for use of private property for public shelter and other purposes.

l.    Survey of the availability of existing personnel, equipment, supplies, and services which could be used during a disaster, as provided for herein.

m.    Other requirements as specified in the Texas Disaster Act of 1975, Vernon's Texas Codes Annotated, Government Code Chapter

Section 3.    EMERGENCY MANAGEMENT PLAN

A comprehensive Emergency Management Plan shall be developed and maintained in a current state.  This plan, developed with the direction of the Jamaica Beach Emergency Management Director, is an integrated plan with Galveston County.  The plan shall set forth the form of the organization, establish and designate divisions and functions, assign responsibilities, tasks, duties, and powers; and designate officers and employees to carry out the provisions of this ordinance.  As provided by State Law, the plan shall follow the standards and criteria established by the State Division of Emergency Management (DEM)  of the State of Texas.  Insofar as possible, the form of organization, titles, and terminology shall conform to the recommendations of the State DEM.  When approved, it shall be the duty of all departments and agencies to perform the functions assigned by the plan, and to maintain their portion of the plan in a current state of readiness at all times.   The Emergency Management Plan shall be considered supplementary to this ordinance and have the effect of law during the time of a disaster.

Section 4.    INTERJURISDICTIONAL PROGRAM

The Mayor is hereby authorized to join with the County Judge of the County of Galveston and the mayors of the other cities in Galveston County in the formation of an interjurisdictional Emergency Management Program for the County of Galveston, and shall have the authority to cooperate in the preparation of an interjurisdictional Emergency Management Plan and in the appointment of a joint Emergency Management Coordinator as well as all powers necessary to participate in a County-wide program of Emergency Management insofar as said program may affect the City of Jamaica Beach.

Section 5.    OVERRIDE

At all times when the orders, rules, and regulations made and promulgated pursuant to this ordinance shall be in effect, they shall supersede and override all existing ordinances, orders, rules, and regulations insofar as the latter may be inconsistent therewith.

Section 6.    LIABILITY

This ordinance is an exercise by the City of its governmental functions for the protection of the public peace, health and safety and neither the City of Jamaica Beach, the agents and representatives of Jamaica Beach, nor any individual, receiver, firm, partnership, corporation, association or trustee, nor any of the agents thereof, in good faith carrying out, complying with or attempting to comply with, any order, rule or regulation promulgated pursuant to the provisions of this ordinance shall be liable for any damage sustained to persons as the result of said

activity. Any person owning or controlling real estate or other premises who voluntarily and without compensation grants to the City of Jamaica Beach a license of privilege, or otherwise permits the City to inspect, designate, and use the whole or part or parts of such real estate or premises for the purpose of sheltering persons during an actual, impending, or practice enemy attack or natural or man-made disaster shall, together with his successors in interest, if any, not be civilly liable for the death or injury to any person on or about such real estate or premises under such license, privilege or other permission or for loss of, or damage to, the property of such person.

Section 7.   COMMITMENT OF FUNDS

No person shall have the right to expend any public funds of the City in carrying out any Emergency Management activity authorized by this ordinance without prior approval by the City Council, nor shall any person have any right to bind the City by contract, agreement, or otherwise without prior and specific approval of the City Council unless during a declared disaster. During a declared disaster, the Mayor may expend and/or commit public funds of the City when deemed prudent and necessary for the protection of health, life, or property.

Section 8.   OFFENSES; PENALTIES

a.   It shall be unlawful for any person willfully to obstruct, hinder, or delay any member of the Emergency Management Organization in the enforcement of any rule or regulation issued pursuant to this ordinance.

b.   It shall likewise be unlawful for any person to wear, carry or display any emblem, insignia, or any other means of identification as a member of the Office of Emergency Management of the City of Jamaica Beach/Galveston County, unless authority to do so has been granted to such person by the proper officials.

c.   Any unauthorized person who shall operate a siren or other device so as to simulate a warning signal, or the termination of a warning, shall be deemed guilty of a violation of this ordinance, and shall be subject to the penalties imposed by this ordinance.

d.   Convictions for violations of the provisions of this ordinance shall be punishable by a fine not to exceed Ten Thousand dollars ($10,000).

Section 9.  SEVERABILITY

If any part of this ordinance shall, for any reason, be declared invalid such invalidity shall not affect the remaining provisions thereof.

Section 10.  LIMITATIONS

This ordinance shall not be construed so as to conflict with any State or Federal statute or with any military or naval order, rule, or regulation.

Section 11.  REPEALER

All ordinances, parts of ordinances, or resolutions in conflict herewith are expressly repealed.

PASSED AND APPROVED this __21__ day of __MARch__, 1994.

_____
Mayor, City of Jamaica Beach, TX

ATTEST

_____
Jamaica Beach City Secretary