IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **JAMAICA BEACH STR ASSOCIATION, DEBRA TABBERT, MARISOL GARZA-FLOREZ, PARAS RANA and VICTOR CARRION,**<br>    Plaintiffs,<br><br>vs.<br><br>**CITY OF JAMAICA BEACH, TEXAS, PAM JOSSELET in her official capacity as an employee of the City of Jamaica Beach, Texas,**<br>    Defendants. | § § § § § § § § § § § § § § | Civil Action No. 3:26-cv-00031 |

## DECLARATION OF MARISOL GARZA-FLOREZ

I, Marisol Garza-Florez, pursuant to 28 U.S.C. § 1746, hereby certify as follows:

1. My name is Marisol Garza-Florez, I am over 21 years of age, of sound mind, and am otherwise competent to make this Declaration.

2. The facts contained in this Declaration are within my personal knowledge and are true and correct.

3. I am a homeowner in Jamaica Beach, Texas ("Jamaica Beach"). My husband and I purchased our property located at 16613 Curlew in Jamaica Beach ("Property") on May 21, 2018, and have since placed it in a trust. The home was built in 1976.

4. I am also a Director of the Jamaica Beach STR Association ("Association"). In May 2025, the Association was formed and I took on the role of one of its Directors. The Association was formed when the 2025 short-term rental ("STR") ordinance went into effect, to preserve Jamaica Beach STR homeowners' property rights. Today, the Association has over 80 members.

5. When my husband and I purchased the Property, we intended to use it as our primary residence. We started renting the Property for short terms, listed as separate rentals, around the end of 2018 or early 2019, with a total occupancy of 15 people. We intended to keep the Property for our retirement home, and to pass it on to family.

6. There are two structures on the Property, connected by a bridge, as shown in this image taken from Google maps, which is a true and correct depiction of the Property:



7. While we initially rented the Property as one home, in 2018. We began renting the houses separately with a maximum occupancy of 15 in 2019 (10 in one house, 5 in the other).

8. The City first required applications for STR licenses (also called registrations or certificates) in 2023, after it passed Ordinance 2023-11. At that time, applications were handwritten. The application consisted of basic information such as the address and living area square footage. The City charged a $250.00 fee for each STR license. Once the application was submitted and fee paid, homeowners would receive a laminated blue certificate. From 2022 until November 2023, to renew the certificate homeowners only had to pay a $50.00 fee.

9. In 2023, I submitted two applications and paid $500. I received two STR licenses or "blue certificates," each with separate registration numbers for the Property and a total occupancy of 15 people for both structures. Attached to this Declaration as Exhibit 1 is a true and correct copy of the licenses.

10. I did not have to resubmit a new application until the City passed its STR ordinance in 2025. The City switched to a new platform, MyGov, and increased the registration fee to $250. Pam Josselet ("Josselet") reduced my total occupancy to 14, and informed me that I could not lease my improved downstairs bedroom area for short terms. As a result, I have had a significant decline, up to 50%, in bookings.

11. I submitted an application to renew my STR licenses for 2026. On January 10, 2026, Josselet emailed and informed me that our two structures could no longer be separately leased for short terms. The City therefore suspended my licenses and refused to renew them under the 2026 STR ordinance. Josselet instructed me to re-register the Property as a single property and remove or update all of my STR

listings by January 31, 2026. Josselet also instructed that I cannot lease my downstairs.

12. On January 27, 2026, Josselet emailed me stating she had approved the STR license and instructed me to complete a new registration form. I received an STR license for the Property on January 31, 2026, valid until January 31, 2027. Despite the fact that the City's maximum occupancy formula did not change under the 2026 Ordinance, Josselet now arbitrarily decided that I could only have a maximum occupancy of 10, despite our established history of leasing short term to 15 people before 2025, and 14 people before 2026.

13. The City's and Josselet's actions have significantly impacted my ability to lease the Property due to reduced occupancy requirements and the City's refusal to allow me to rent my first floor living area, and have significantly impacted my income which I use to help pay for and maintain my home.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __2__, 2026.

Marisol Garza-Florez

# GARZA-FLOREZ EXHIBIT 1



# City of Jamaica Beach TEXAS

## Short-Term Rental Registration Certificate

**Registration Number**
STR22-00201

**Expiration Date**
01/01/2025



**Address**
16215 Curlew Rd
Jamaica Beach, TX 77554

**Operator Contact**
Galveston Island Resort Rental
409-737-1430

**Local 24-Hour Contact**
Galveston Island Resort Rental
409-737-1430

**Maximum Occupancy**
6

**GCAD Living Area Sq Ft**
800 SQ FT

**Qualified Bedrooms**
1

**Number of On-Site Parking Spaces**
2

**Location of Off-Site Parking**
CITY PARK   16721 Jolly Roger Road
CITY HALL   16628 San Luis Pass

### City Ordinances – Summary
- Guests are responsible for compliance with all City of Jamaica Beach Laws and Ordinances
- Ordinances for Noise, Trash, Golf Cart Operation, Jamaica Beach Marina and Beach will be enforced
- Trash Days Monday & Thursday
- Place trash out by 8:00am to guarantee pick-up that day
- Golf Carts – Must be licensed driver. Max 20 mph
- No Golf Carts on Highway 3005 except to cross to beach at Buccaneer Road
- Visit Jamaica Beach Visitor's Site for details:



---



# City of Jamaica Beach TEXAS

## Short-Term Rental Registration Certificate

**Registration Number**
STR22-00202

**Expiration Date**
01/01/2025



**Address**
16613 Curlew Rd
Jamaica Beach, TX 77554

**Operator Contact**
Galveston Island Resort Rental
409-737-1430

**Local 24-Hour Contact**
Galveston Island Resort Rental
409-737-1430

**Maximum Occupancy**
10

**GCAD Living Area Sq Ft**
1500 SQ FT

**Qualified Bedrooms**
3



**Number of On-Site Parking Spaces**
3

**Location of Off-Site Parking**
CITY PARK   16721 Jolly Roger Road
CITY HALL   16628 San Luis Pass

### City Ordinances – Summary
- Guests are responsible for compliance with all City of Jamaica Beach Laws and Ordinances
- Ordinances for Noise, Trash, Golf Cart Operation, Jamaica Beach Marina and Beach will be enforced
- Trash Days Monday & Thursday
- Place trash out by 8:00am to guarantee pick-up that day
- Golf Carts – Must be licensed driver. Max 20 mph
- No Golf Carts on Highway 3005 except to cross to beach at Buccaneer Road
- Visit Jamaica Beach Visitor's Site for details:





# Short Term Rental Registration

ID NO: 25-000235

**ISSUED TO**

N/A
16613 Curlew Rd
Jamaica Beach, TX 77554

**ISSUED BY**

Caydie Farmer
City of Jamaica Beach

| | | | |
|---|---|---|---|
| PROJECT TEMPLATE: | Short Term Rental License | MAXIMUM OCCUPANCY: | 6 |
| STR: | 25-000235 | GCAD LIVING AREA SQFT: | 850 |
| ISSUED ON: | 03/25/2025 | QUALIFIED BEDROOMS: | 1 |
| VALID FROM: | 03/25/2025 | NUMBER OF ON-SITE PARKING SPACES: | 3 |
| EXPIRES | 12/31/2025 | | |

Approved By

This license is Non-Transferable

This license issued in compliance with City of Jamaica Beach and subject to the provisions thereof.

**City Ordinances - Summary**
- Guests are responsible for compliance with all City of Jamaica Beach Laws and Ordinances
- Ordinances for Noise, Trash, Golf Cart Operation, Jamaica Beach Marina and Beach will be enforced
- Trash Days Monday & Thursday
- Place trash out by 8:00am to guarantee pick-up that day
- Golf Carts – Must be licensed driver. Max 20 mph
- No Golf Carts on Highway 3005 except to cross to beach at Buccaneer Road
- Location of offsite parking: City Hall & City Park
- Visit Jamaica Beach Visitor's Site for details: Jamaica Beach Visitors at jamaicabeachtx.gov/services/visitors

MYGOV US    License Printed on 03/25/2025 at 9:28 AM By Caydie Farmer    Page 1/1





# Short Term Rental Registration

**ID NO:** 26-000296

| ISSUED TO | ISSUED BY |
|---|---|
| N/A<br>16613 Curlew Rd<br>Jamaica Beach, TX 77554 | Pam Josselet<br>City of Jamaica Beach |

| PROJECT TEMPLATE: | **Short Term Rental License** | MAXIMUM OCCUPANCY: | 10 |
|---|---|---|---|
| STR: | 26-000296 | GCAD LIVING AREA SQFT: | 2200 |
| ISSUED ON: | 01/31/2026 | QUALIFIED BEDROOMS: | 3 |
| VALID FROM: | 01/31/2026 | NUMBER OF ON-SITE PARKING SPACES: | 7 |
| EXPIRES: | 01/31/2027 | | |

Approved By

This license is Non-Transferable

*This license issued in compliance with City of Jamaica Beach and subject to the provisions thereof.*

**City Ordinances - Summary**
- Guests are responsible for compliance with all City of Jamaica Beach Laws and Ordinances
- Ordinances for Noise, Trash, Golf Cart Operation, Jamaica Beach Marina and Beach will be enforced
- Trash Days Monday & Thursday
- Place trash out by 8:00am to guarantee pick-up that day
- Golf Carts – Must be licensed driver. Max 20 mph
- No Golf Carts on Highway 3005 except to cross to beach at Buccaneer Road
- Location of offsite parking: City Hall & City Park
- Visit Jamaica Beach Visitor's Site for details: Jamaica Beach Vistors at jamaicabeachtx.gov/services/visitors