IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JAMAICA BEACH STR ASSOCIATION, DEBRA TABBERT, MARISOL GARZA-FLOREZ, PARAS RANA and VICTOR CARRION,<br>    Plaintiffs,<br><br>vs.<br><br>CITY OF JAMAICA BEACH, TEXAS, PAM JOSSELET in her official capacity as an employee of the City of Jamaica Beach, Texas,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Civil Action No. 3:26-cv-00031 |

DECLARATION OF DENNIS SINGLETON

I, Dennis Singleton, pursuant to 28 U.S.C. § 1746, hereby certify as follows:

1. My name is Dennis Singleton, I am over 21 years of age, of sound mind, and am otherwise competent to make this Declaration.

2. The facts contained in this Declaration are within my personal knowledge and are true and correct.

3. I am a homeowner in Jamaica Beach, Texas ("Jamaica Beach"). I purchased my home located at 16701 Tahiti Way in Jamaica Beach ("Property") on July 28, 2020, and have owned it continuously since that date. The home was built 1978. When I purchased my home, it was operating as a short-term rental ("STR"). I intended to use it for my wife, children and I to take family vacations and use for remote work, and that we would rent it for short terms in the interim periods.

4. From July 2020 through October 2024, I had no contact from the City of Jamaica Beach regarding my short-term rental. During that period, I believed I was operating in compliance with all rules and laws.

5. I first submitted an application for a STR license to the City in October 2024, after hearing from a neighbor that there was a new process to register short-term rentals. Attached to this Declaration as Exhibit 1 is a true and correct copy of that application. I also paid a $250 fee. Pam Josselet ("Josselet") contacted me in

November 2024 and advised that I owed hotel occupancy taxes ("HOT") for four years, and needed to submit additional items. I submitted this information as requested. Attached to this Declaration as Exhibit 2 is a true and correct copy of the HOT reporting I submitted in November 2024.

6. As of the date of this Declaration, I have never been approved or given an STR license or registration number because the City has kept adding requirements and issuing new citations, making it impossible to obtain a license.

7. Apparently, in February 2024, the City issued three citations for not registering my STR. I was not notified about these citations until February 2025, when Josselet informed me that I had outstanding citations and the City would no longer consider my application valid. She instructed that I had to re-submit my HOT reports in Excel. Josselet told me the license would be issued when that was completed and the HOT paid. I paid over $7,200 in HOT on February 28, 2025. Josselet rejected my reformatted reports in mid-March, and informed me that the reports needed to be redone and uploaded into a new online portal, and then the license would issue. This was no simple task. Josselet sent me 13 pages of instructions to follow in order to resubmit my reports. Attached to this Declaration as Exhibit 3 is a true and correct copy of the instructions sent to me by Josselet. Even though it took hours of work to reformat my previously submitted reports, I uploaded them pursuant to her directions.

8. After two months, in June 2025, Josselet informed me that my STR listing needed to be taken down. I was never told before this date that the listing had to be taken down, or that I could not rent my home while the license application process was ongoing, especially when I was told it would issue. Josselet also stated I owed penalties and fines of $1,402.88, as well as new outstanding taxes and citations, and she stated she would issue the license once the amount was paid.

9. In July 2025, I went to court, and was instructed that the court would not address fines and fees, that I had to discuss them with Josselet—essentially making her the enforcement officer, judge and jury. Afterwards, I asked Josselet to forgive the fines.

10. On August 1, 2025, Josselet informed us that the HOT reports submitted for 2020-2024 were no longer valid and had to be resubmitted again because there was yet another new form created for audit purposes. On August 18th, Josselet informed me that late penalties and fines would not be waived and must be paid, and that once they were paid our registration could be completed. So, on August 21st, I paid $1,402.88 in late fees and fines. Josselet confirmed receipt and said she would begin processing the application I had submitted ten months earlier in October 2024. She, again, asked for additional information I believed had already been submitted. At this point, I had been told on multiple occasions that once fines and fees were paid my license would be issued, I believed I was moving toward compliance, and that I

had already provided the short-term rental registration multiple times and paid required taxes, fines, and penalties.

11. On August 26, 2025, I spoke with Josselet by phone. She was aggressive, she told me she was disappointed that the listing was back on hosting sites, and threatened to issue more citations. I reached out on September 4th and, on September 5th, received an email stating the application I originally submitted in October of 2024 was still under review, and that I was advertising property without an approved license. On September 15, 2025, Josselet emailed with the subject line "Take down Airbnb and VRBO advertisements TODAY." She informed me that once the application was approved I could re-activate the listing. She also stated that first and second quarter HOT reporting was due, but also the portal system did not have an option to pay 2025 HOT at the time. The next day, the portal was updated to allow 2025 HOT payments, and I submitted the requested reports.

12. Josselet denied the reports and deleted my entire submission on September 18th. Then, I resubmitted the reports according to new specific guidelines. I also attempted to file a formal complaint with the City Manager, Gilbert Salas, but he did not respond.

13. I am a Member of the Jamaica Beach STR Association ("Association"). I joined the Association approximately September 2025 because of my frustration with the City's application process and the inability to obtain a STR license.

14. On September 23rd, Josselet sent an email with a photo of our home, asserting I was in violation due to a sign on the property, so I moved the sign.

15. On September 26th, Josselet issued a new citation for the sign, citing a different ordinance violation.

16. On October 3, 2025, Josselet issued another citation for the sign, giving yet another reason for the violation.

17. On October 13, 2025, Josselet requested additional information and threatened that if I attempted to rent my home I would be issued citations.

18. On October 14, 2025, Josselet emailed stating she found my direct booking site and that I needed to attest that it had not generated revenue.

19. Josselet directly contacted Airbnb and VRBO and instructed them to disable my listing. In November 2025, they took down my listing.

20. On November 12, 2025, I submitted a formal complaint against Josselet and another City employee to Gilbert Salas, City Manager, and again received no response.

21. On November 20, 2025, I had a court date and pleaded not guilty to all citations issued after the City received all of our information and payments in August. The prosecutor told the judge he did not want to speak with us that day and the case was reset to January. On November 24, 2025, I met with Gilbert Salas to discuss the situation and he stated he would do his best to get back to me before Christmas. On December 2, 2025, I emailed Gilbert Salas regarding an Airbnb notice stating I was not allowed to list due to issues with the City. I asked Salas about the status of my license.

22. A bench trial for my outstanding citations is currently set for March 20, 2026. Attached to this Declaration as Exhibit 4 are true and correct copies of citations issued to me by the City.

23. As of the date of this Declaration, I have been attempting to obtain an STR license from the City since October 2024 and have not received one despite multiple submissions and payments to the City. At the City's request and instruction, I have paid approximately $9,000 in taxes, fines, penalties, and citations during this process, and have submitted and resubmitted all applications and reporting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2nd, 2026.

Dennis Singleton

4

# SINGLETON EXHIBIT 1



## SHORT-TERM RENTAL APPLICATION

**Instructions:**

1. The owner must sign and initial the application form (digital signatures accepted).

2. If the owner is an LLC or corporation or any other registered business entity, the articles of incorporation, or the equivalent, validating the principal name and contact information must be provided.

3. Attach a sketch of the floor plan (including dimensions) of the Galveston County Appraisal District Living Area Square Footage of the Short-Term Rental. Only the square footage included in the Galveston County Appraisal District Living Area Square Footage will be considered in determining maximum occupancy. **This sketch can be handwritten with estimated dimensions.**

4. Attach a sketch of the property showing the location of the maximum number of vehicles that may be legally parked on the real property, on improved surfaces without encroaching onto streets, sidewalks or alleys, other public rights-of-way, or public property. **This sketch can be handwritten with estimated dimensions.**

5. For new Short-Term Rental Registrations Include $250 non-refundable administrative fee payable to the City of Jamaica Beach with the completed application form.

   Date Submitted _____ Check Number _____

6. If you already have an existing City of Jamaica Beach STR Registration number, please complete this form and return by January 12, 2024.  The $250 Administrative Fee is not required.
   STR _____

7. If any item is left blank on the application form, if the sketches are not attached or if the $250 non-refundable application fee is not paid, the processing of the application will be delayed.

8. Owner is responsible to work with the City of Jamaica Beach Staff to resolve any questions on the submitted application.   After 15 days, the application is null and void.

Galveston County Appraisal District information can be found at https://galvestoncad.org/



**SHORT-TERM RENTAL PROPERTY DETAILS**

A.  Short-Term Rental Property Address: _____

B.  Galveston County Appraisal District (GCAD) Property Number: _____

C.  GCAD Property Land Sq. Ft. _____

D.  GCAD Living Area Sq. Ft. _____

E.  Number of Qualified Bedrooms within GCAD Living Area Sq. Ft. _____

F.  Maximum Occupancy for the short-term rental is based on which ever is less:

    A)  <u>TWO (2) PERSONS PER QUALIFIED BEDROOM(S) PLUS FOUR (4) ADDITIONAL PERSONS</u>

    Enter Two Persons Per Qualified Bedrooms Plus Four (4) Additional Persons:  _____

    (Example: 3 Qualified Bedrooms multiplied by 2 and then add 4 additional persons equals 10)

    B)  <u>GALVESTON COUNTY APPRAISAL DISTRICT LIVING AREA SQUARE FOOTAGE DIVIDED BY 150 SQUARE FEET ROUNDED UP</u>.

    Enter Galveston County Appraisal District Living Area Square Footage divided by 150 square feet rounded up:  _____

    (Example:  1,520 square feet divided by 150 rounded up equals 10.13 or 11 rounded up.)

    Maximum Occupancy Requested - Enter which ever is less:  _____

G.  Number of On-Site Parking Spaces Available: _____



**OWNER INFORMATION**   **(If an LLC or corporation, please attach articles of incorporation, or the equivalent, validating the principal name and contact information.)**

Name: _____

Mailing Address: _____

Email Address: ███████████████ _____

Phone Number: _███████████_____ Phone Number: _____

**MANAGEMENT/OPERATOR INFORMATION**

Contact Name: _____

Mailing Address: _____

Email Address: ███████████████████ _____

Phone Number: ██████████████_____ Phone Number: _____

**LOCAL 24/7 CONTACT INFORMATION** **(must be available 24/7 to respond within 60 minutes)**

Contact Name: _____

Mailing Address: _____

Email Address: _____

Phone Number: ████████████_____ Phone Number: _____

**Owner Applicant agrees to operate the Short-Term Rental in compliance with all laws and ordinances of the City of Jamaica Beach and specifically the Hotel Occupancy Tax 97-4 and 2003-4 and the Short-Term Rental Ordinance 2023-11 that govern the operation and requirements for a Short-Term Rental Permit:**

**(Please initial each statement as evidence of understanding and compliance.)**

Owner is responsible and acknowledges receipt of Hotel Occupancy Tax regulations, including but not limited to the collection, reporting, and paying of Hotel Occupancy Taxes to the City of Jamaica Beach, set forth in the City of Jamaica Beach Hotel Occupancy Tax Ordinances 97-4 and 2003-4.



 Owner is responsible for Hotel Occupancy Tax (HOT) of 9% that is due to the City of Jamaica Beach quarterly on the 15th of the month following the quarter end (due April 15, July 15, October15 and January 15).

Owner acknowledges that the City Administrator shall have the power to collect the Hotel and Occupancy Tax and shall upon notice of 15 days have access to books and records necessary to enable determination of the correctness of any report filed and the amount of taxes due.

Owner acknowledges that the City is authorized to take legal action and bring suit against any person who has failed to file a report, filed a false report, or failed to pay the Hotel Occupancy Tax when due.

Owner is responsible and acknowledges receipt of the Short-Term Rental Ordinance 2023-11 that governs the operation and requirements for a Short-Term Rental and agrees to comply with all provisions of this ordinance as a condition to receiving and maintaining a Short-Term Rental Registration Number.

Owner acknowledges that violation of the Short-Term Rental Ordinance 2023-11 may lead to the revocation of a Short-Term Rental Registration Number at the City Council's discretion.

Owner agrees to operate the short-term rental property in compliance with the zoning regulations prescribed for the zoning district in which the Short-Term Rental is located as set forth in Section 11-700 Use and Regulations of the City of Jamaica Beach Zoning Ordinance 2019-7.

Owner is responsible to ensure that during any period when a Short-Term Rental is occupied or intended to be occupied by Guests, the Local Contact Person shall be available 24 hours per day via telephone or in person for the purpose of responding within 60 minutes of being notified of concerns or requests for assistance regarding the condition or conduct of Guests of the Short-Term Rental.  The Local Contact Person shall take immediate remedial actions as needed to resolve such concerns or requests for assistance.

Owner is responsible to ensure that all advertisements that promote the availability of a Short-Term Rental, listed in any medium, including but not limited to newspaper, magazine, brochure, website, or mobile application, shall include the Short-Term Rental Registration Number and Maximum Occupancy listed on the Short-Term Rental Registration Certificate issued by the City of Jamaica Beach.

Owner is responsible to post the City of Jamaica Beach Short-Term Rental Registration Certificate within the Short-Term Rental near the front door and to provide each guest the information outlined in the section below.

Owner is responsible to notify the City within twenty (20) calendar days, in writing, of any changes to information submitted as part of a Short-Term Rental Registration application.



Owner is responsible to renew the Short-Term Rental Registration Number after twelve (12) months. The Short-Term Rental Registration Number will expire if not renewed within sixty (60) days after the expiration date. If the registration number expires, a new registration application and $250 non-refundable application fee to register the Short-Term Rental will be required to be approved by the City of Jamaica Beach and a twelve month (12) Operation Fee paid before operation of the Short-Term Rental can commence.

Owner acknowledges that the Short-Term Rental Registration Number shall be revoked by the City for six (6) months upon conviction of more than three (3) total violations of Ordinance 2023-11, Ordinance 97-4, and Ordinance 2003-4 in any combination within a twelve (12) month period. During the six (6) month revocation period, the Short-Term Rental cannot operate. After the six (6) month revocation period, a new application and $250 non-refundable application fee to register the Short-Term Rental will be required to be approved by the City of Jamaica Beach and the twelve (12) month Operation Fee paid before operation of the Short-Term Rental can commence.

Owner acknowledges that any violation of the Short-Term Rental Ordinances is a Class C Misdemeanor Offense, and upon conviction, shall be punished by a fine not to exceed five hundred dollars ($500.00) per offense. Each day shall constitute a separate offense.

Owner acknowledges that the Short-Term Rental Registration Number expires upon change of ownership.

Owner acknowledges that the Short-Term Rental Registration Number will expire if the City does not receive the required amount of Hotel Occupancy Tax payments within six (6) months of a verified rental of the corresponding Short-Term Rental property.

Complaints related to the operation of a Short-Term Rental, including but not limited to complaints concerning noise, garbage, parking, and disorderly conduct by Guests, shall be reported to the Jamaica Beach Police Department. Each complaint will be investigated, and proper legal action will be taken. All investigative findings will be covered with the owner or operator of the Short-Term Rental.

Owner acknowledges that the short-term rental agreement between the Owner/Operator of the Short-Term Rental Unit and the renter must contain terms specifying the maximum allowed occupancy as listed on the Short-Term Rental Registration Certificate issued by the City of Jamaica Beach.

Attach a sketch of the floor plan (including dimensions) of the Galveston County Appraisal District Living Area square footage.

Attach a sketch of the property showing location of the maximum number of parking spaces.

## Fire Safety Attestation

I, _____, (PRINT Legal Owner/Representative Name) attest that I have installed smoke alarms in this property in compliance with the International Fire Code as adopted by the City of Jamaica Beach.

I further confirm that the smoke alarms are regularly inspected and maintained to ensure they are functioning.  In case of issues or malfunctions, immediate steps will be taken to address and rectify the situation to ensure the safety and well-being of the occupants.

I understand the critical importance of maintaining a safe living environment for short-term rental guests and acknowledge that failure to comply may result in serious risks to life and property.

By signing and dating below, I affirm the accuracy of the information provided in this attestation.

_____          _____
Signature                                                                       Date

**OWNERS ACKNOWLEDGEMENT TO PROVIDE WRITTEN NOTIFICATIONS TO GUESTS OF THE FOLLOWING: (Please initial each statement as evidence of understanding and compliance.)**

_____ Written notification to guests regarding disposal of garbage and handling of garbage containers for trash handling:

- All trash containers should be set out for collection prior to 8:00am on Mondays and Thursdays to guarantee pick-up that day.
- Please help to keep our neighborhoods free of trash and litter by deterring animals and birds from accessing the trash contents.
- No white trash bags visible.
- All white trash bags should be placed in a securely sealed trash container.
- Black plastic bags are permissible to be left outside of a trash container if they have adequate thickness to resist damage by animals and birds.
- Each container or black bag should not exceed a size of 64 gallons or a weight of 50 pounds.
- A maximum of four trash containers can be placed out for collection.  Example: Two trash containers and Two Black Trash Bags.



Written notification to guests prohibiting unreasonably loud, disturbing, or unnecessary noise.

Written notification to guests regarding the use of the City of Jamaica Beach Marina:

- Use is by permit only to launch or remove a watercraft or to park at the Marina and on Basin Drive.
- All permits must be obtained at City Hall and will be issued only to homeowners, residents and guests of homeowners and residents.
- It is unlawful to park recreation vehicles or non-attached trailers at any time by any person.
- It is unlawful for any person to park any vehicles or trailers at the Marina for more than 24 consecutive hours.

Written notification to guests regarding the use of golf carts or other slow-moving vehicles:

- Licensed drivers and subject to all traffic laws.
- Do not operate on FM 3005 other than crossing FM 3005 at Buccaneer (north/south) to get to the beach.
- Must have proper lighting and safety equipment and license plates registration.
- The maximum speed on streets is 25 mph and 10 mph on the beach.

Written notification to guests regarding the use of the beach:

- Put Trash in its place! Please help to keep our beaches clean.
- NO GLASS containers on the beach.
- Canopies, pop-up tents, umbrellas, beach chairs and other gear cannot be left unattended on the beach between sunset and sunrise. Anything left unattended will be removed and discarded.
- Stay off the Dunes as they are in a constant state of replenishment.
- No walking or parking on the dunes or vegetation area.
- No Camping on the beach.
- No Campfires on the beach.
- Leash law enforced at all times

Written notification to guests regarding vehicular traffic and parking on the beach:

- No Parking within 25 feet of the water.
- Park perpendicular to the dunes.
- 10 Miles per hour Speed Limit Strictly Enforced.
- No RVs or Trailers allowed on the beach.
- Beginning the second Saturday of March until the Tuesday after Labor Day: Designated areas of the beach are closed to vehicular parking (dune side parking only) from 12:01 AM Saturday until 6:00 PM Sunday and on all legal holidays.



For more information, please visit the **Short-Term Rental Owners' page** on the City of Jamaica Beach Official Website at https://www.jamaicabeachtx.gov/services/short-term-rental-owners

Please share with your guests the link to the **Visitors page** on the City of Jamaica Beach Official Website at https://www.jamaicabeachtx.gov/services/visitors

**OATH OF APPLICANT:**

I DECLARE THAT I AM THE OWNER OF THE PROPERTY AND HAVE READ THE FORGOING APPLICATION AND ALL THE INFORMATION THERIN IS TRUE, CORRECT, AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND THE CONDITIONS STATED HERIN HAVE BEEN MET.

_____    _____

Printed Name                                          Title

_____    _____

Signature                                            Date

Please drop off completed form and check at Jamaica Beach City Hall or mail to:

    City of Jamaica Beach
    Attention: Short-Term Rental
    5264 Jamaica Beach
    Jamaica Beach, TX 77554

# SINGLETON EXHIBIT 2



# CITY OF JAMAICA BEACH
# REPORT OF HOTEL OCCUPANCY TAX

**City of Jamaica Beach**
**5264 Jamaica Beach**
**16628 San Luis Pass Road**
**Jamaica Beach, Texas 77554**
**(409) 737-1142**

**Write in Your Business Information Below:**

**Name:** _____ DENNIS SINGLETON _____

**Rental Property Address:** 16701 TAHITI WAY, JAMAICA BEACH, TX 77554

**Mailing Address:** ███████████████████

███████████████

**Telephone:** ████████████        **Fax:** _____

| | | |
|---|---|---|
| Total Room Receipts for All Locations | $ 22,937 | If no longer in business, write "OOB" and the date you went |
| Total Receipts Taxable | $ 22,937 | out of business. |
| **Total Tax Due (@ 9%)** | $ 2,064 | |
| Penalty  *(See Instructions) | $ | |
| Interest  *(See Instructions) | $ | |
| **TOTAL AMOUNT DUE AND PAYABLE** | $ 2,064 | |

*Instructions for completing this form are on the reverse side. **Please include the physical address of all Rental Property.**

Filing Period        2021

Signature of Duly Authorized Agent        Date: 11/13/2024

***RETURN THIS FORM WITH YOUR REMITTANCE PAYABLE TO***
***THE CITY OF JAMAICA BEACH***

DEFINITIONS

a) "Hotel" means any building or building in which the public may, for a consideration, obtain sleeping accommodations, including hotels, motels, tourist homes, houses or courts, lodging houses, or other buildings where rooms are furnished for a consideration, including houses rented privately by property owners, but not including hospitals, sanitariums or nursing homes.

b) "Consideration" means the cost of the room in a hotel only if the room is ordinarily used for sleeping, and not including the cost of any food served or personal services rendered to the occupant of such room not related to the cleaning and readying of such room for occupancy.

c) "Occupancy" means the use or possession, or the right to the use or possession, of any room or rooms in a hotel if the room is one which is ordinarily used for sleeping and if the occupant is other than a permanent resident as hereinafter defined.

d) "Occupant" means anyone who, for a consideration, uses, possesses, or has a right to use or possess any room or rooms in a hotel under any lease, concession, permit, right of access, license, contract or agreement, other than a permanent resident as hereinafter defined.

e) "Person" means any individual, company, corporation or association owing, operating, managing or controlling any hotel.

f) "Quarterly period" means the regular calendar quarters of the year, the first quarter being composed of the months of October, November and December; the second quarter being the months of January, February, and March; the third quarter being the months of April, May and June; and the fourth quarter being the months of July, August and September.

g) "Permanent resident" means any occupant who has or shall have the right to occupancy of any room or rooms in a hotel for at least thirty (30) consecutive days during the calendar year or preceding year.

h) "Delinquent" means overdue by ten (10) days or more in any given reporting period.

TAX LEVIED/AMOUNT/EXEMPTIONS

There is hereby levied a tax of nine percent (9%) of the price paid for a room in a hotel on every person who, under a lease, concession, permit, right of access, license, contract, or agreement, pays for the use or possession or for the right to the use or possession of a room that is in a hotel and is ordinarily used for sleeping. The price of a room in a hotel does not include the cost of food served by the hotel and the cost of personal services performed by the hotel for the person, except those services related to the cleaning and readying of the room for possession.

Exceptions are as follows:

1) No tax shall be imposed upon a permanent resident.

2) No tax shall be imposed for federal or state employees traveling on official business.

3) No tax shall be imposed for diplomatic personnel who present a Tax Exemption card issued by the United States Department of State.

4) No tax shall be imposed for federal or state military personnel traveling on official military business. This exemption does not cover military staff on leave or between stations.

5) No tax shall be imposed hereunder upon a corporation or association organized and operated exclusively for religious, charitable or educational purposes no part of the net earnings of which inures to the benefit of any private shareholder or individual.

COLLECTION OF TAX

Every person owning, operating, managing or controlling any hotel shall collect the tax levied by this ordinance for the City of Jamaica Beach.

QUARTERLY REPORTS

On the last day of the month following each quarterly period (beginning the last day of the month following the first quarterly period of calendar year 1998), every person required to collect the tax imposed hereby shall file a report with the City of Jamaica Beach showing the price paid for all room occupancies in the preceding quarter, the amount of the tax collected on such occupancies, and any other information the City Administrator may reasonably require. Such person shall pay the tax due on such occupancies at the time of filing such report. The report shall be in a form prescribed by the City. The City is hereby authorized and directed to do all such things necessary or convenient to carry out the terms of this ordinance. The City shall have the authority to request and receive within 15 days documentation for information contained in the report to the City by the hotel.

RULES AND REGULATIONS OF CITY ADMINISTRATOR/ACCESS TO BOOKS AND RECORDS

The City Administrator shall have the power to effectively collect the tax levied hereby, and shall upon notice of fifteen (15) days have access to books and records necessary to enable him to determine the correctness of any report filed as required by this ordinance, and the amount of taxes due under the provisions of this article.

PENALTIES

Any person violating any of the provisions of this article, including hotel operators who fail to collect the tax, fail to file a return, file a false return, or who are delinquent in their tax payment, shall be guilty of a misdemeanor and shall, upon conviction, be fined in any sum not to exceed five hundred dollars ($500.00), and each twenty-four (24) hours of any such violation shall constitute a separate offense.

ADDITIONAL PENALTIES

a) The City is hereby authorized to take legal action against any person required to collect the tax imposed hereby and pay the collection over to the City and who has failed to file a report, or filed a false report, or failed to pay the tax when due.

b) The City Attorney is hereby authorized to bring suit against any person required to collect the tax imposed hereby and required to pay the collection over to the City and who has failed to file a report, or filed a false report or failed to pay the tax when due. Such suit may seek to collect such tax not paid or to enjoin such person from operating a hotel in the city until the tax is paid or the report is filed or both, as applicable and as provided in the injunction.



# CITY OF JAMAICA BEACH
# REPORT OF HOTEL OCCUPANCY TAX

**City of Jamaica Beach**
**5264 Jamaica Beach**
**16628 San Luis Pass Road**
**Jamaica Beach, Texas 77554**
**(409) 737-1142**

**Write in Your Business Information Below:**

**Name:** _____ DENNIS SINGLETON _____

**Rental Property Address:** 16701 TAHITI WAY, JAMAICA BEACH, TX 77554

**Mailing Address:** ████████████████

████████████████

**Telephone:** ████████ _____        **Fax:** _____

| | | |
|---|---|---|
| Total Room Receipts for All Locations | $ 17,771 | If no longer in business, write "OOB" and the date you went |
| Total Receipts Taxable | $ 17,771 | out of business. |
| **Total Tax Due (@ 9%)** | $ 1,599.39 | |
| Penalty  *(See Instructions) | $ | |
| Interest  *(See Instructions) | $ | |
| **TOTAL AMOUNT DUE AND PAYABLE** | $ 1,599.39 | |

*Instructions for completing this form are on the reverse side. **Please include the physical address of all Rental Property.**

Filing Period        2022 _____

_____ Signature of Duly Authorized Agent        11/13/2024        **Date**

**RETURN THIS FORM WITH YOUR REMITTANCE PAYABLE TO**
**THE CITY OF JAMAICA BEACH**

DEFINITIONS

a)  "Hotel" means any building or building in which the public may, for a consideration, obtain sleeping accommodations, including hotels, motels, tourist homes, houses or courts, lodging houses, or other buildings where rooms are furnished for a consideration, including houses rented privately by property owners, but not including hospitals, sanitariums or nursing homes.
b)  "Consideration" means the cost of the room in a hotel only if the room is ordinarily used for sleeping, and not including the cost of any food served or personal services rendered to the occupant of such room not related to the cleaning and readying of such room for occupancy.
c)  "Occupancy" means the use or possession, or the right to the use or possession, of any room or rooms in a hotel if the room is one which is ordinarily used for sleeping and if the occupant is other than a permanent resident as hereinafter defined.
d)  "Occupant" means anyone who, for a consideration, uses, possesses, or has a right to use or possess any room or rooms in a hotel under any lease, concession, permit, right of access, license, contract or agreement, other than a permanent resident as hereinafter defined.
e)  "Person" means any individual, company, corporation or association owing, operating, managing or controlling any hotel.
f)  "Quarterly period" means the regular calendar quarters of the year, the first quarter being composed of the months of October, November and December; the second quarter being the months of January, February, and March; the third quarter being the months of April, May and June; and the fourth quarter being the months of July, August and September.
g)  "Permanent resident" means any occupant who has or shall have the right to occupancy of any room or rooms in a hotel for at least thirty (30) consecutive days during the calendar year or preceding year.
h)  "Delinquent" means overdue by ten (10) days or more in any given reporting period.

TAX LEVIED/AMOUNT/EXEMPTIONS

There is hereby levied a tax of nine percent (9%) of the price paid for a room in a hotel on every person who, under a lease, concession, permit, right of access, license, contract, or agreement, pays for the use or possession or for the right to the use or possession of a room that is in a hotel and is ordinarily used for sleeping. The price of a room in a hotel does not include the cost of food served by the hotel and the cost of personal services performed by the hotel for the person, except those services related to the cleaning and readying of the room for possession.

Exceptions are as follows:
1)  No tax shall be imposed upon a permanent resident.
2)  No tax shall be imposed for federal or state employees traveling on official business.
3)  No tax shall be imposed for diplomatic personnel who present a Tax Exemption card issued by the United States Department of State.
4)  No tax shall be imposed for federal or state military personnel traveling on official military business. This exemption does not cover military staff on leave or between stations.
5)  No tax shall be imposed hereunder upon a corporation or association organized and operated exclusively for religious, charitable or educational purposes no part of the net earnings of which inures to the benefit of any private shareholder or individual.

COLLECTION OF TAX

Every person owning, operating, managing or controlling any hotel shall collect the tax levied by this ordinance for the City of Jamaica Beach.

QUARTERLY REPORTS

On the last day of the month following each quarterly period (beginning the last day of the month following the first quarterly period of calendar year 1998), every person required to collect the tax imposed hereby shall file a report with the City of Jamaica Beach showing the price paid for all room occupancies in the preceding quarter, the amount of the tax collected on such occupancies, and any other information the City Administrator may reasonably require. Such person shall pay the tax due on such occupancies at the time of filing such report. The report shall be in a form prescribed by the City. The City is hereby authorized and directed to do all such things necessary or convenient to carry out the terms of this ordinance. The City shall have the authority to request and receive within 15 days documentation for information contained in the report to the City by the hotel.

RULES AND REGULATIONS OF CITY ADMINISTRATOR/ACCESS TO BOOKS AND RECORDS

The City Administrator shall have the power to effectively collect the tax levied hereby, and shall upon notice of fifteen (15) days have access to books and records necessary to enable him to determine the correctness of any report filed as required by this ordinance, and the amount of taxes due under the provisions of this article.

PENALTIES

Any person violating any of the provisions of this article, including hotel operators who fail to collect the tax, fail to file a return, file a false return, or who are delinquent in their tax payment, shall be guilty of a misdemeanor and shall, upon conviction, be fined in any sum not to exceed five hundred dollars ($500.00), and each twenty-four (24) hours of any such violation shall constitute a separate offense.

ADDITIONAL PENALTIES

a)  The City is hereby authorized to take legal action against any person required to collect the tax imposed hereby and pay the collection over to the City and who has failed to file a report, or filed a false report, or failed to pay the tax when due.
b)  The City Attorney is hereby authorized to bring suit against any person required to collect the tax imposed hereby and required to pay the collection over to the City and who has failed to file a report, or filed a false report or failed to pay the tax when due. Such suit may seek to collect such tax not paid or to enjoin such person from operating a hotel in the city until the tax is paid or the report is filed or both, as applicable and as provided in the injunction.



# CITY OF JAMAICA BEACH
# REPORT OF HOTEL OCCUPANCY TAX

**City of Jamaica Beach**
**5264 Jamaica Beach**
**16628 San Luis Pass Road**
**Jamaica Beach, Texas 77554**
**(409) 737-1142**

**Write in Your Business Information Below:**

**Name:** _____ DENNIS SINGLETON _____

**Rental Property Address:** 16701 TAHITI WAY, JAMAICA BEACH, TX 77554

**Mailing Address:** ████████████████

████████████████

**Telephone:** ████████          **Fax:** _____

| | | |
|---|---|---|
| Total Room Receipts for All Locations | $ 19,217.80 | If no longer in business, write "OOB" and the date you went |
| Total Receipts Taxable | $ 19,217.80 | out of business. |
| Total Tax Due (@ 9%) | $ 1,729.60 | |
| Penalty  *(See Instructions) | $ | |
| Interest  *(See Instructions) | $ | |
| TOTAL AMOUNT DUE AND PAYABLE | $ 1,729.60 | |

*Instructions for completing this form are on the reverse side. **Please include the physical address of all Rental Property.**

Filing Period          2023

_____          11/13/2024
**Signature of Duly Authorized Agent**          **Date**

### RETURN THIS FORM WITH YOUR REMITTANCE PAYABLE TO
### THE CITY OF JAMAICA BEACH

DEFINITIONS

a) "Hotel" means any building or building in which the public may, for a consideration, obtain sleeping accommodations, including hotels, motels, tourist homes, houses or courts, lodging houses, or other buildings where rooms are furnished for a consideration, including houses rented privately by property owners, but not including hospitals, sanitariums or nursing homes.

b) "Consideration" means the cost of the room in a hotel only if the room is ordinarily used for sleeping, and not including the cost of any food served or personal services rendered to the occupant of such room not related to the cleaning and readying of such room for occupancy.

c) "Occupancy" means the use or possession, or the right to the use or possession, of any room or rooms in a hotel if the room is one which is ordinarily used for sleeping and if the occupant is other than a permanent resident as hereinafter defined.

d) "Occupant" means anyone who, for a consideration, uses, possesses, or has a right to use or possess any room or rooms in a hotel under any lease, concession, permit, right of access, license, contract or agreement, other than a permanent resident as hereinafter defined.

e) "Person" means any individual, company, corporation or association owing, operating, managing or controlling any hotel.

f) "Quarterly period" means the regular calendar quarters of the year, the first quarter being composed of the months of October, November and December; the second quarter being the months of January, February, and March; the third quarter being the months of April, May and June; and the fourth quarter being the months of July, August and September.

g) "Permanent resident" means any occupant who has or shall have the right to occupancy of any room or rooms in a hotel for at least thirty (30) consecutive days during the calendar year or preceding year.

h) "Delinquent" means overdue by ten (10) days or more in any given reporting period.

TAX LEVIED/AMOUNT/EXEMPTIONS

There is hereby levied a tax of nine percent (9%) of the price paid for a room in a hotel on every person who, under a lease, concession, permit, right of access, license, contract, or agreement, pays for the use or possession or for the right to the use or possession of a room that is in a hotel and is ordinarily used for sleeping. The price of a room in a hotel does not include the cost of food served by the hotel and the cost of personal services performed by the hotel for the person, except those services related to the cleaning and readying of the room for possession.

Exceptions are as follows:
1) No tax shall be imposed upon a permanent resident.
2) No tax shall be imposed for federal or state employees traveling on official business.
3) No tax shall be imposed for diplomatic personnel who present a Tax Exemption card issued by the United States Department of State.
4) No tax shall be imposed for federal or state military personnel traveling on official military business. This exemption does not cover military staff on leave or between stations.
5) No tax shall be imposed hereunder upon a corporation or association organized and operated exclusively for religious, charitable or educational purposes no part of the net earnings of which inures to the benefit of any private shareholder or individual.

COLLECTION OF TAX

Every person owning, operating, managing or controlling any hotel shall collect the tax levied by this ordinance for the City of Jamaica Beach.

QUARTERLY REPORTS

On the last day of the month following each quarterly period (beginning the last day of the month following the first quarterly period of calendar year 1998), every person required to collect the tax imposed hereby shall file a report with the City of Jamaica Beach showing the price paid for all room occupancies in the preceding quarter, the amount of the tax collected on such occupancies, and any other information the City Administrator may reasonably require. Such person shall pay the tax due on such occupancies at the time of filing such report. The report shall be in a form prescribed by the City. The City is hereby authorized and directed to do all such things necessary or convenient to carry out the terms of this ordinance. The City shall have the authority to request and receive within 15 days documentation for information contained in the report to the City by the hotel.

RULES AND REGULATIONS OF CITY ADMINISTRATOR/ACCESS TO BOOKS AND RECORDS

The City Administrator shall have the power to effectively collect the tax levied hereby, and shall upon notice of fifteen (15) days have access to books and records necessary to enable him to determine the correctness of any report filed as required by this ordinance, and the amount of taxes due under the provisions of this article.

PENALTIES

Any person violating any of the provisions of this article, including hotel operators who fail to collect the tax, fail to file a return, file a false return, or who are delinquent in their tax payment, shall be guilty of a misdemeanor and shall, upon conviction, be fined in any sum not to exceed five hundred dollars ($500.00), and each twenty-four (24) hours of any such violation shall constitute a separate offense.

ADDITIONAL PENALTIES

a) The City is hereby authorized to take legal action against any person required to collect the tax imposed hereby and pay the collection over to the City and who has failed to file a report, or filed a false report, or failed to pay the tax when due.

b) The City Attorney is hereby authorized to bring suit against any person required to collect the tax imposed hereby and required to pay the collection over to the City and who has failed to file a report, or filed a false report or failed to pay the tax when due. Such suit may seek to collect such tax not paid or to enjoin such person from operating a hotel in the city until the tax is paid or the report is filed or both, as applicable and as provided in the injunction.



# CITY OF JAMAICA BEACH
## REPORT OF HOTEL OCCUPANCY TAX

**City of Jamaica Beach**
**5264 Jamaica Beach**
**16628 San Luis Pass Road**
**Jamaica Beach, Texas 77554**
**(409) 737-1142**

**Write in Your Business Information Below:**

**Name:** _____ DENNIS SINGLETON _____

**Rental Property Address:** 16701 TAHITI WAY, JAMAICA BEACH, TX 77554

**Mailing Address:** ████████████████

████████████

**Telephone:** ████████              **Fax:** _____

| | | |
|---|---|---|
| Total Room Receipts for All Locations | $ 18,364.08 | If no longer in business, write "OOB" and the date you went |
| Total Receipts Taxable | $ 18,364.08 | out of business. |
| Total Tax Due (@ 9%) | $ 1,652.77 | |
| Penalty *(See Instructions) | $ | |
| Interest *(See Instructions) | $ | |
| TOTAL AMOUNT DUE AND PAYABLE | $ 1,652.77 | |

*Instructions for completing this form are on the reverse side. **Please Include the physical address of all Rental Property.**

Filing Period            2024- Q1,Q2,Q3

_____              11/13/2024
**Signature of Duly Authorized Agent**              **Date**

*RETURN THIS FORM WITH YOUR REMITTANCE PAYABLE TO*
*THE CITY OF JAMAICA BEACH*

DEFINITIONS

a) "Hotel" means any building or building in which the public may, for a consideration, obtain sleeping accommodations, including hotels, motels, tourist homes, houses or courts, lodging houses, or other buildings where rooms are furnished for a consideration, including houses rented privately by property owners, but not including hospitals, sanitariums or nursing homes.

b) "Consideration" means the cost of the room in a hotel only if the room is ordinarily used for sleeping, and not including the cost of any food served or personal services rendered to the occupant of such room not related to the cleaning and readying of such room for occupancy.

c) "Occupancy" means the use or possession, or the right to the use or possession, of any room or rooms in a hotel if the room is one which is ordinarily used for sleeping and if the occupant is other than a permanent resident as hereinafter defined.

d) "Occupant" means anyone who, for a consideration, uses, possesses, or has a right to use or possess any room or rooms in a hotel under any lease, concession, permit, right of access, license, contract or agreement, other than a permanent resident as hereinafter defined.

e) "Person" means any individual, company, corporation or association owing, operating, managing or controlling any hotel.

f) "Quarterly period" means the regular calendar quarters of the year, the first quarter being composed of the months of October, November and December; the second quarter being the months of January, February, and March; the third quarter being the months of April, May and June; and the fourth quarter being the months of July, August and September.

g) "Permanent resident" means any occupant who has or shall have the right to occupancy of any room or rooms in a hotel for at least thirty (30) consecutive days during the calendar year or preceding year.

h) "Delinquent" means overdue by ten (10) days or more in any given reporting period.

TAX LEVIED/AMOUNT/EXEMPTIONS

There is hereby levied a tax of nine percent (9%) of the price paid for a room in a hotel on every person who, under a lease, concession, permit, right of access, license, contract, or agreement, pays for the use or possession or for the right to the use or possession of a room that is in a hotel and is ordinarily used for sleeping. The price of a room in a hotel does not include the cost of food served by the hotel and the cost of personal services performed by the hotel for the person, except those services related to the cleaning and readying of the room for possession.

Exceptions are as follows:

1) No tax shall be imposed upon a permanent resident.

2) No tax shall be imposed for federal or state employees traveling on official business.

3) No tax shall be imposed for diplomatic personnel who present a Tax Exemption card issued by the United States Department of State.

4) No tax shall be imposed for federal or state military personnel traveling on official military business. This exemption does not cover military staff on leave or between stations.

5) No tax shall be imposed hereunder upon a corporation or association organized and operated exclusively for religious, charitable or educational purposes no part of the net earnings of which inures to the benefit of any private shareholder or individual.

COLLECTION OF TAX

Every person owning, operating, managing or controlling any hotel shall collect the tax levied by this ordinance for the City of Jamaica Beach.

QUARTERLY REPORTS

On the last day of the month following each quarterly period (beginning the last day of the month following the first quarterly period of calendar year 1998), every person required to collect the tax imposed hereby shall file a report with the City of Jamaica Beach showing the price paid for all room occupancies in the preceding quarter, the amount of the tax collected on such occupancies, and any other information the City Administrator may reasonably require. Such person shall pay the tax due on such occupancies at the time of filing such report. The report shall be in a form prescribed by the City. The City is hereby authorized and directed to do all such things necessary or convenient to carry out the terms of this ordinance. The City shall have the authority to request and receive within 15 days documentation for information contained in the report to the City by the hotel.

RULES AND REGULATIONS OF CITY ADMINISTRATOR/ACCESS TO BOOKS AND RECORDS

The City Administrator shall have the power to effectively collect the tax levied hereby, and shall upon notice of fifteen (15) days have access to books and records necessary to enable him to determine the correctness of any report filed as required by this ordinance, and the amount of taxes due under the provisions of this article.

PENALTIES

Any person violating any of the provisions of this article, including hotel operators who fail to collect the tax, fail to file a return, file a false return, or who are delinquent in their tax payment, shall be guilty of a misdemeanor and shall, upon conviction, be fined in any sum not to exceed five hundred dollars ($500.00), and each twenty-four (24) hours of any such violation shall constitute a separate offense.

ADDITIONAL PENALTIES

a) The City is hereby authorized to take legal action against any person required to collect the tax imposed hereby and pay the collection over to the City and who has failed to file a report, or filed a false report, or failed to pay the tax when due.

b) The City Attorney is hereby authorized to bring suit against any person required to collect the tax imposed hereby and required to pay the collection over to the City and who has failed to file a report, or filed a false report or failed to pay the tax when due. Such suit may seek to collect such tax not paid or to enjoin such person from operating a hotel in the city until the tax is paid or the report is filed or both, as applicable and as provided in the injunction.

# SINGLETON EXHIBIT 3

# City of Jamaica Beach
## Short Term Rental Online Portal Instructions

## <u>Step A:  Register as a collaborator</u>.

**Create a collaborator account on MyGov.**

- You need ONE collaborator account.
- This Collaborator account simply gives you access to our website; this is **NOT** a formal registration.
- Anyone involved in the STR process must create a collaborator account on MyGov to gain access to the website.
- Collaborator accounts are instantly approved.



## INSTRUCTIONS TO CREATE COLLABORATOR ACCOUNT

1. Fill out the required fields (First Name, Last Name, Email, and Password)
2. Agree to Terms of Service by clicking on the box.
3. Click **Validate Email** button.
4. You will receive an email with a six digit code.
5. Enter the **six digit code** in the next screen that appears.
6. You will be confirmed as a collaborator.
7. A screen will appear to complete your collaborator account. (email, phone number, etc.)
8. Click Save at the bottom.
9. A screen will appear asking you to select Jamaica Beach

# City of Jamaica Beach
# Short Term Rental Online Portal Instructions

## Step B: Request Access to Jamaica Beach, Texas

1. In the search bar, start typing Jamaica Beach and the system will find Jamaica Beach.
2. Select Jamaica Beach,
3. In the upper left hand corner, select **Request Access**.
4. Hit Enter
5. You will instantly have access to the Jamaica Beach Permitting Portal



## Step C Initiate STR Registration for Roles (Credentials)

**Credentials = Roles to be performed**

✓ **Please note that within the online system, roles are referred to as Credentials.**
✓ **This document will refer to Roles, meaning Credentials.**

**Short Term Rental Roles:**

1. Homeowner
2. Short Term Rental Manager
3. Short Term Rental 24/7 Local Contact

**Register on MyGov for the above roles you will be performing for a Short Term Rental property.**

- If you are the Homeowner of the Short Term Rental property and perform the role of Short Term Rental Manager and/or Short Term Rental 24/7 Local Contact, you must register for each of the roles you will be performing on MyGov using your collaborator account.
- If someone else will perform the Short Term Rental Manager and Short Term Rental 24/7 Local Contact, ensure that whoever is performing these roles has created a collaborator account and has registered for the appropriate roles.
- A person only needs to register once for each role, regardless of the number of properties they own, manage or are the Local 24/7 Contact.
- Once you register for a role, the City of Jamaica Beach must approve it before you can move on.
- The approval process for registration of a role can take up two business days.

# City of Jamaica Beach
# Short Term Rental Online Portal Instructions

## INSTRUCTIONS TO REGISTER FOR ROLES

1. **Select the** `MAKE NEW REQUEST` **green button in the upper left corner of the screen.**



2. **Select Building Department / STR Forms**



## City of Jamaica Beach
## Short Term Rental Online Portal Instructions

3. The top section is Credential Manager.

- Here you will select roles for either Homeowner, Short Term Rental Manager, or Short Term Rental 24/7 Local Contact.
- **NOTE: Credentials = Roles**



4. Select your role(s) and complete the required fields.

- Example below for Homeowner entry fields.
- The Short Term Rental Manager and Short Term Rental 24/7 Contact entry fields are similar.



**City of Jamaica Beach**
**Short Term Rental Online Portal Instructions**

- If you have multiple roles, you must fill out a registration form for each role.
- Your credential request for a role will be reviewed and approved as soon as possible.
- You will receive an email upon approval or if more information is required.
- As a pre-requisite to creating a Short Term Rental Registration or re-registration, the Homeowner, Short Term Rental Manager, and Short Term Rental 24/7 Local Contact credentials (roles) must be created and approved by the City of Jamaica Beach.

## **Step D Initiate STR registration (new) or Re-registration.**

- Before beginning the registration of your Short Term Rental property, please ensure that the above steps have been completed including approval of the 3 roles.

- Each Short Term Rental registration must identify someone for each of the following roles.
    1. Homeowner
    2. Short Term Rental Manager
    3. Short Term Rental 24/7 Local Contact

- Short Term Rental Managers and Short Term Rental 24/7 Local Contacts must register with a collaborator account and identify their roles prior to the Short Term Rental Owner registering their property so that they are able to find and select these roles for their property during the registration process.

- If a manager is acting on behalf of a Homeowner (with permission) to register a Short Term Rental property, the manager must have all the homeowner's details (phone number, email, address, etc.) and list the homeowner's information in the application—not their own.

- Registrations will be delayed:
    1. Registration will be delayed if the information provided does not match the Galveston County Appraisal District information for the property address.
    2. Registration will be delayed if the floor layout sketch is not readable and if it does not include dimensions for all rooms.
    3. Registration will be delayed if the sketch of the parking spaces is not readable.
    4. For properties held by an LLC, proof of ownership including LLC paperwork and the registered agent is required.
    5. Registration will be delayed if the provided LLC information does not match what is found on the Texas Secretary of State website: https://direct.sos.state.tx.us

# City of Jamaica Beach
# Short Term Rental Online Portal Instructions

## INSTRUCTIONS TO REGISTER A SHORT TERM RENTAL PROPERTY

1. **Select the** <span style="background:green">MAKE NEW REQUEST</span> **green button in the upper left corner of the screen.**
2. Select **Building Department/STR Forms**
3. Scroll towards the bottom, the Registrations, HOT, and Licenses section.
4. Select the Registration you need.



5. Review the **STR Owner Responsibilities and STR Ordinances**



# City of Jamaica Beach
# Short Term Rental Online Portal Instructions

6. Enter address for STR property.
7. Select Credentials (Roles) for Homeowner, Short Term Rental Manager or Short Term Rental 24/7 Local contact.
8. If you are attempting to add a party to your application (Homeowner, Short Term Rental Manager or Short Term Rental 24/7 Local contact) and their name is not appearing this means they do not have an approved credential.



9. Complete all the following fields.



# City of Jamaica Beach
# Short Term Rental Online Portal Instructions

10. For properties held by an LLC, proof of ownership including LLC paperwork and the registered agent is required.
11. Registration will be delayed if the provided LLC information does not match what is found on the Texas Secretary of State website: https://direct.sos.state.tx.us



## City of Jamaica Beach
## Short Term Rental Online Portal Instructions

12. Select the required Fees:
- ✓ NEW applications must pay the Short Term Rental License Application Fee of $250.
- ✓ NEW applications and Renewals must pay the Short Term Rental Annual Operation Fee of $250.
13. Check the boxes to Agree to Terms, complete electronic signature, and select Request License at the bottom.
14. Once requested, your License Application will be sent to the City for review and approval.
15. If anything is missing or unclear, you will be notified by email with further instructions.
16. Once approved, an Invoice for the Fees will be sent to the owner's email.
17. Owner can pay the fees online via the portal or by check.



## City of Jamaica Beach
## Short Term Rental Online Portal Instructions

## Step E    Create Hotel Occupancy Tax Report

- Short Term Rental Managers and Short Term Rental 24/7 Local Contacts must register with a collaborator account and identify their roles prior to the Short Term Rental Owner or Manager initiating a Hotel Occupancy Tax Report.

- Any third party that will file and submit the Hotel Occupancy Tax Report on behalf of the Homeowner must register for a collaborator account to get access to MyGov. See Step A and Step B above for instructions on how to create a collaborator account and gain access to Jamaica Beach.

### INSTRUCTIONS TO INITIATE THE REPORT OF HOTEL OCCUPANCY TAX

1. **Select the MAKE NEW REQUEST green button in the upper left corner of the screen.**
2. Select **Building Department/STR Forms**
3. Scroll towards the bottom to **Registrations, HOT, and Licenses** section.
4. Click on **Report of Hotel Occupancy Tax** to create a report.



# City of Jamaica Beach
# Short Term Rental Online Portal Instructions

5. Short Term Rental property address
6. Short Term Rental Short Term Rental Registration Number.
7. Telephone
8. Filing Quarter
9. Email



## City of Jamaica Beach
## Short Term Rental Online Portal Instructions

10. Financial Information For Each Short Term Rental Booking Portal used, please submit the following information. (AirBNB, VRBO, Booking.com, Other Booking Sites and Any Direct Booked)
    - Gross Receipts for Filing Period
    - Credit Resolutions
    - Taxable Receipts (Gross Receipts Minus Credit Resolutions)
    - Total Hotel Occupancy Tax Due (Taxable Receipts X 9%)
    - Hotel Occupancy Tax Collected & Automatically Remitted for Jamaica Beach Only
    - Hotel Occupancy Tax Due from Owner to the City of Jamaica Beach
    - Upload Financial Statement



# City of Jamaica Beach
# Short Term Rental Online Portal Instructions

11. Enter Grand Total Information, summarizing all Gross Receipts for the filing period to calculate total Hotel Occupancy Tax due.



12. Submit report for review and approval by the City of Jamaica Beach.
13. If anything is missing or unclear, you will be notified by email with further instructions.
14. Once approved, an Invoice for the Taxes due will be sent to the owner's email.
15. Owner can pay the fees online via the portal or by check.

# SINGLETON EXHIBIT 4



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA:** No Contest _____     Not Guilty ☒     Guilty _____

**NAME:** DENNIS SINGLETON III
**OFFENSE:** STR ORD NON REG-FAIL TO POST
**CITATION #** M17544
**FINE / COURT COSTS:** $755.30          2/1/2024

*THIS CASE HAS BEEN FOUND / GRANTED:*

☒ NOT GUILTY

☐ DISMISSED

☐ GUILTY
    ☐ FINE OF $_____ TO BE PAID IN FULL
    ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS
    ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL
    ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:   Trial By Judge/Date:_____
                  Trial By Jury/Date:_____
                  Pre-Jury Trial/Date:_____
                  Other/Date:_____

DEFENDANT_____    MUNICIPAL COURT JUDGE_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Payments to :           City of Jamaica Beach Municipal Court
                         P.O. Box 5264
                         Jamaica Beach TX 77554



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA:** No Contest _____     Not Guilty ✓     Guilty_____

**NAME: DENNIS SINGLETON III**
**OFFENSE: STR ORD NON REG-FAIL TO POST**
**CITATION # M17544**
**FINE / COURT COSTS: $755.30**     2/1/2024

*THIS CASE HAS BEEN FOUND / GRANTED:*

☑ NOT GUILTY

☐ DISMISSED

☐ GUILTY

     ☐ FINE OF $_____ TO BE PAID IN FULL
     ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS

     ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL
     ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:     Trial By Judge/Date:_____
                  Trial By Jury/Date:_____
                  Pre-Jury Trial/Date:_____
                  Other/Date:_____

_____         _____
**DEFENDANT**                              **MUNICIPAL COURT JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Payments to :             City of Jamaica Beach Municipal Court
                             P.O. Box 5264
                             Jamaica Beach TX 77554



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA: No Contest** _____        **Not Guilty** _____        **Guilty** _____

**NAME: DENNIS SINGLETON III**
**OFFENSE: STR ORD- NON COMPLIANT HOT TAX**
**CITATION # M17544**
**FINE / COURT COSTS: $755.30**        2/1/2024

*THIS CASE HAS BEEN FOUND / GRANTED:*

☒ NOT GUILTY

☐ DISMISSED

☐ GUILTY

  ☐ FINE OF $_____ TO BE PAID IN FULL

  ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS

  ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL

  ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:  Trial By Judge/Date:_____

        Trial By Jury/Date:_____

        Pre-Jury Trial/Date:_____

        Other/Date:_____

_____        _____
DEFENDANT                                                MUNICIPAL COURT JUDGE

*********************************************************************************************************************

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.
*********************************************************************************************************************

Mail Payments to :       City of Jamaica Beach Municipal Court
           P.O. Box 5264
           Jamaica Beach TX 77554



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA:** No Contest _____    Not Guilty _____    Guilty _____

**NAME: DENNIS L SINGLETON**
**OFFENSE: STR NOT REGISTERED (ORD 25-03)**
**CITATION # M20441**
**FINE / COURT COSTS: $581.00**        8/26/2025

*THIS CASE HAS BEEN FOUND / GRANTED:*

☑ NOT GUILTY

☐ DISMISSED

☐ GUILTY

    ☐ FINE OF $_____ TO BE PAID IN FULL

    ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS

    ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL

    ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:    Trial By Judge/Date:_____
                    Trial By Jury/Date:_____
                    Pre-Jury Trial/Date:_____
                    Other/Date:_____

_____            _____
DEFENDANT                        MUNICIPAL COURT JUDGE

*******************************************************************************************************************

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals.  If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days.  If you fail to appeal within ten days, this Court's judgment is considered final.
*******************************************************************************************************************

Mail Payments to :             City of Jamaica Beach Municipal Court
                              P.O. Box 5264
                              Jamaica Beach TX  77554

Sing1 77 @gmail.com



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA:** No Contest _____    Not Guilty [X]    Guilty _____

**NAME: DENNIS SINGLETON III**
**OFFENSE: STR SIGN VIOLATION (ORD 25-04)**
**CITATION # M20506**
**FINE / COURT COSTS: $281.00**

9/29/2025

*THIS CASE HAS BEEN FOUND / GRANTED:*

[X] NOT GUILTY

☐ DISMISSED

☐ GUILTY

    ☐ FINE OF $_____ TO BE PAID IN FULL

    ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS

    ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL

    ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:    Trial By Judge/Date:_____
                            Trial By Jury/Date:_____
                            Pre-Jury Trial/Date:_____
                            Other/Date:_____

**DEFENDANT**_____    **MUNICIPAL COURT JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Payments to :                City of Jamaica Beach Municipal Court
                                  P.O. Box 5264
                                  Jamaica Beach TX 77554



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA:** No Contest _____     Not Guilty /X_____     Guilty_____

**NAME: DENNIS SINGLETON III**
**OFFENSE: STR SIGN VIOLATION (ORD 25-04)**
**CITATION # M20505**
**FINE / COURT COSTS: $281.00**        10 / 6 / 2025

*THIS CASE HAS BEEN FOUND / GRANTED:*

☒ NOT GUILTY

☐ DISMISSED

☐ GUILTY

    ☐ FINE OF $_____ TO BE PAID IN FULL
    ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS
    ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL
    ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:    Trial By Judge/Date:_____
                Trial By Jury/Date:_____
                Pre-Jury Trial/Date:_____
                Other/Date:_____

**DEFENDANT** _____     **MUNICIPAL COURT JUDGE** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Payments to :                City of Jamaica Beach Municipal Court
                                P.O. Box 5264
                                Jamaica Beach TX 77554



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA: No Contest** _____     **Not Guilty** _____     **Guilty** _____

**NAME: DENNIS SINGLETON**
**OFFENSE: STR NOT REGISTERED (ORD 25-03)**
**CITATION # M20556**
**FINE / COURT COSTS: $581.00**                10/14/2025

*THIS CASE HAS BEEN FOUND / GRANTED:*

☒ **NOT GUILTY**

☐ DISMISSED

☐ GUILTY

    ☐ FINE OF $_____ TO BE PAID IN FULL

    ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS

    ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL

    ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:    Trial By Judge/Date:_____
                    Trial By Jury/Date:_____
                    Pre-Jury Trial/Date:_____
                    Other/Date:_____

**DEFENDANT**                                 **MUNICIPAL COURT JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Payments to :                City of Jamaica Beach Municipal Court
                                P.O. Box 5264
                                Jamaica Beach TX 77554



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA: No Contest** _____     Not Guilty_____     Guilty_____

**NAME: DENNIS L SINGLETON**
**OFFENSE: STR AD MISSING REG. NUMBER (ORD 25-03)**
**CITATION # M20559**
**FINE / COURT COSTS: $581.00**

10/14/2025

*THIS CASE HAS BEEN FOUND / GRANTED:*

☒ NOT GUILTY

☐ DISMISSED

☐ GUILTY

    ☐ FINE OF $_____ TO BE PAID IN FULL

    ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS

    ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL

    ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:    Trial By Judge/Date:_____

                 Trial By Jury/Date:_____

                 Pre-Jury Trial/Date:_____

                 Other/Date:_____

**DEFENDANT**                               **MUNICIPAL COURT JUDGE**

**********************************************************************************************

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.

**********************************************************************************************

Mail Payments to :                   City of Jamaica Beach Municipal Court
                                  P.O. Box 5264
                                  Jamaica Beach TX 77554



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA: No Contest** _____     Not Guilty _____     Guilty _____

**NAME: DENNIS SINGLETON III**
**OFFENSE: STR SIGN VIOLATION (ORD 25-04)**
**CITATION # M20620**
**FINE / COURT COSTS: $281.00**         11/5/2025

*THIS CASE HAS BEEN FOUND / GRANTED:*

☒ NOT GUILTY

☐ DISMISSED

☐ GUILTY

  ☐ FINE OF $_____ TO BE PAID IN FULL
  ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS

  ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL
  ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:  Trial By Judge/Date:_____
       Trial By Jury/Date:_____
       Pre-Jury Trial/Date:_____
       Other/Date:_____

DEFENDANT         MUNICIPAL COURT JUDGE

**********************************************************************************************************************************

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.

**********************************************************************************************************************************

Mail Payments to :     City of Jamaica Beach Municipal Court
         P.O. Box 5264
         Jamaica Beach TX 77554



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA:** No Contest _____     Not Guilty _____     Guilty _____

**NAME: DENNIS L SINGLETON**
**OFFENSE: STR AD MISSING REG. NUMBER (ORD 25-03)**
**CITATION # M20657**
**FINE / COURT COSTS: $581.00**

11/14/2025

*THIS CASE HAS BEEN FOUND / GRANTED:*

☑ NOT GUILTY

☑ DISMISSED

☐ GUILTY

    ☐ FINE OF $_____ TO BE PAID IN FULL
    ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS

    ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL
    ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:    Trial By Judge/Date:_____
                     Trial By Jury/Date:_____
                     Pre-Jury Trial/Date:_____
                     Other/Date:_____

_____          _____
**DEFENDANT**                          **MUNICIPAL COURT JUDGE**

*********************************************************************************************************

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.
*********************************************************************************************************

Mail Payments to :                   City of Jamaica Beach Municipal Court
                                   P.O. Box 5264
                                   Jamaica Beach TX 77554



**JAMAICA BEACH MUNICIPAL COURT**
**JUDGE PAT MONKS**
16628 SAN LUIS PASS
P.O. BOX 5264
JAMAICA BEACH, TEXAS 77554
PH (409) 737-1142 FAX (409) 737-5211



**COURT DATE:**

**PLEA:** No Contest _____    Not Guilty _X_    Guilty _____

**NAME: DENNIS L SINGLETON**
**OFFENSE: STR NOT REGISTERED (ORD 26-03)**
**CITATION # M20656**
**FINE / COURT COSTS: $581.00**                11/14/2025

*THIS CASE HAS BEEN FOUND / GRANTED:*

☒ NOT GUILTY

☐ DISMISSED

☐ GUILTY

      ☐ FINE OF $_____ TO BE PAID IN FULL

      ☐ ARRANGE PAYMENT PLAN FOR FINE OF $_____

☐ DEFERRED ADJUDICATION FOR A PERIOD OF _____ DAYS

      ☐ DEFERRAL FEE OF $_____ TO BE PAID IN FULL

      ☐ ARRANGE PAYMENT PLAN FOR DEFERRAL FEE OF $_____

☐ DRIVING SAFETY COURSE – COURT COSTS & FEE OF $_____

☐ FAILURE TO APPEAR

☐ CONTINUE FOR:    Trial By Judge/Date:_____

                  Trial By Jury/Date:_____

                  Pre-Jury Trial/Date:_____

                  Other/Date:_____

_____         _____
DEFENDANT                            MUNICIPAL COURT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You have ten (10) days to file an Appeal with the Galveston County Court of Appeals. If you wish to appeal, either an attorney's bond or a completed cash appeal bond form with twice the amount of the assessed fine (but in no event less than $50.00) must be submitted to the Court within the same ten (10) calendar days. If you fail to appeal within ten days, this Court's judgment is considered final.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mail Payments to :                 City of Jamaica Beach Municipal Court
                                 P.O. Box 5264
                                 Jamaica Beach TX 77554



Written notification to guests prohibiting unreasonably loud, disturbing, or unnecessary noise.

Written notification to guests regarding the use of the City of Jamaica Beach Marina:

- Use is by permit only to launch or remove a watercraft or to park at the Marina and on Basin Drive.
- All permits must be obtained at City Hall and will be issued only to homeowners, residents and guests of homeowners and residents.
- It is unlawful to park recreation vehicles or non-attached trailers at any time by any person.
- It is unlawful for any person to park any vehicles or trailers at the Marina for more than 24 consecutive hours.

Written notification to guests regarding the use of golf carts or other slow-moving vehicles:

- Licensed drivers and subject to all traffic laws.
- Do not operate on FM 3005 other than crossing FM 3005 at Buccaneer (north/south) to get to the beach.
- Must have proper lighting and safety equipment and license plates registration.
- The maximum speed on streets is 25 mph and 10 mph on the beach.

Written notification to guests regarding the use of the beach:

- Put Trash in its place!  Please help to keep our beaches clean.
- NO GLASS containers on the beach.
- Canopies, pop-up tents, umbrellas, beach chairs and other gear cannot be left unattended on the beach between sunset and sunrise.  Anything left unattended will be removed and discarded.
- Stay off the Dunes as they are in a constant state of replenishment.
- No walking or parking on the dunes or vegetation area.
- No Camping on the beach.
- No Campfires on the beach.
- Leash law enforced at all times

Written notification to guests regarding vehicular traffic and parking on the beach:

- No Parking within 25 feet of the water.
- Park perpendicular to the dunes.
- 10 Miles per hour Speed Limit Strictly Enforced.
- No RVs or Trailers allowed on the beach.
- Beginning the second Saturday of March until the Tuesday after Labor Day:  Designated areas of the beach are closed to vehicular parking (dune side parking only) from 12:01 AM Saturday until 6:00 PM Sunday and on all legal holidays.



For more information, please visit the **Short-Term Rental Owners' page** on the City of Jamaica Beach Official Website at https://www.jamaicabeachtx.gov/services/short-term-rental-owners

Please share with your guests the link to the **Visitors page** on the City of Jamaica Beach Official Website at https://www.jamaicabeachtx.gov/services/visitors

**OATH OF APPLICANT**:

I DECLARE THAT I AM THE OWNER OF THE PROPERTY AND HAVE READ THE FORGOING APPLICATION AND ALL THE INFORMATION THERIN IS TRUE, CORRECT, AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND THE CONDITIONS STATED HERIN HAVE BEEN MET.

_____    _____

Printed Name    Title

_____    _____

Signature    Date

Please drop off completed form and check at Jamaica Beach City Hall or mail to:

> City of Jamaica Beach
> Attention:  Short-Term Rental
> 5264 Jamaica Beach
> Jamaica Beach, TX 77554