IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMAICA BEACH STR ASSOCIATION, DEBRA TABBERT, MARISOL GARZA-FLOREZ, PARAS RANA and VICTOR CARRION,<br>    Plaintiffs,<br><br>vs.<br><br>CITY OF JAMAICA BEACH, TEXAS, PAM JOSSELET in her official capacity as an employee of the City of Jamaica Beach, Texas,<br>    Defendants. | § § § § § § § § § § § § § | Civil Action No. 3:26-cv-00031 |

## DECLARATION OF DANIEL SCHMIDT

I, Daniel Schmidt, pursuant to 28 U.S.C. § 1746, hereby certify as follows:

1. My name is Daniel Schmidt, I am over 21 years of age, of sound mind, and am otherwise competent to make this Declaration.

2. The facts contained in this Declaration are within my personal knowledge and are true and correct.

3. I am a homeowner in Jamaica Beach, Texas ("Jamaica Beach"). I purchased my two-bedroom home located at 4230 Spanish Main in Jamaica Beach on August 30, 2023 to use as a second home for my family, and have owned it continuously since that date. The home was built July 1, 1980. I am also a Member of the Jamaica Beach STR Association ("Association").

4. I first started renting my Jamaica Beach home in 2023, with an occupancy of 8 people, 3 bedrooms, which included my home's downstairs area. Josselet and the City took 8 months to approve my application for an STR license, and I received an STR registration number on April 24, 2024. I rented my home for short terms so that I can afford the property and maintain it for my family.

5. I joined the Association in January 2026 because I was frustrated with the City of Jamaica Beach's ("City") treatment of short-term rental ("STR") homeowners, and I wanted support to help protect my property rights and found I was not alone as

5

other homeowners were having similar problems renting their property in Jamaica Beach.

6. On May 19, 2025, Pam Josselet ("Josselet") emailed me stating that my application had been approved, that I could not lease my downstairs living area, and that the City would limit occupancy because it only recognized 836 square feet of livable area. This reduced my property's occupancy from 8 people to 6. Attached to this Declaration as Exhibit 1 is a true and correct copy of this email.

7. On August 5, 2025, the Jamaica Beach Police Department issued Citation No. M20314 for "STR ad occupancy limit" under Ordinance 25-03.

8. On August 6, 2025, the Jamaica Beach Police Department issued Citation No. M20335 for "STR ad occupancy limit" under Ordinance 25-03.

9. On August 7, 2025, the Jamaica Beach Police Department issued Citation No. M20359 for "STR ad occupancy limit" under Ordinance 25-03.

10. I do not recall receiving notice about any citations until August 18, 2025, when they were finally mailed to me. Attached to this Declaration as Exhibit 2 are true and correct copies of these citations. When I learned about the citation, I immediately instructed my property management company to fix any advertisement issues.

11. An August 14, 2025 email from Josselet stated that my listing received "one or more citations" for advertising a maximum occupancy above what is shown on the City-issued 2025 STR registration certificate. Attached to this Declaration as Exhibit 3 is a true and correct copy of an email provided to me by Josselet. The email did not include any of the citations.

12. The citations sent to me are criminal misdemeanor charges that carry fines and court costs of $581 per citation. A courtesy notice issued from the Jamaica Beach municipal court threatening to issue a warrant for my arrest if I did not pay a fine for an advertising occupancy violation. Attached to this Declaration as Exhibit 4 is a true and correct copy of this notice.

13. On August 27, 2025, the Jamaica Beach Police Department issued Citation No. M20449 for "STR ad occupancy limit" under Ordinance 25-03, apparently for an "uncorrected" VRBO listing. Josselet later admitted that the two citations issued for purported advertising violations on Airbnb and another website were corrected. It is my understanding that the VRBO listing was also corrected, but that VRBO later reverted to the prior listing without consulting me or my property management company.

14. On December 29, 2025, I received an email stating that I had received four "convictions" on December 19, 2025, and that my STR registration number would

be suspended for six months. The email further stated that, as of December 19, 2025, I had to remove my home from all STR platforms. I was informed I could appeal within ten business days by contacting Pam Josselet and that the suspension would not take effect until final disposition by City Council. Attached to this Declaration as <u>Exhibit 5</u> is a true and correct copy of that email.

15. I filed an appeal, explaining that I have a management company handling my STR advertising, and that I did not receive notice of the citations or the reasons for them until several were issued on consecutive days, and that I had not been given any time to cure or address or correct the citations before the City issued additional citations, and then used the number of its citations it issued to suspend my STR license.

16. I presented my appeal to City Council at a meeting on January 8, 2026 after the City adopted its new, stricter STR ordinance. Josselet gave City Council members documents and made allegations about late registration months before the August citations issued. I explained about the consecutive-day citations, and that I had asked my property management company to immediately correct the issue once I found out about the citations. City council members, however, asked questions about Josselet's comments about events in March or May, even though my STR license renewal was approved by the City after that time, on June 4, 2025. I had a representative from my property management company in attendance, and she presented evidence about registration and payments made for the property.

17. Ultimately, City Council denied my appeal, apparently based on events that were not the basis for the citations or suspension.

18. On January 10, 2026, Josselet emailed me a six-month suspension notice, effective January 8, 2026, instructing that my home must be removed from all STR platforms and that I must cancel any bookings after February 7, 2026. According to the City and Josselet, I can only rent my property for 30 days or longer during this time period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March  2ND , 2026.

*Daniel Schmidt*

Daniel Schmidt

# SCHMIDT EXHIBIT 1

**Pam Josselet**

**From:** Pam Josselet
**Sent:** Monday, May 19, 2025 11:50 AM
**To:** Dan Schmidt; Katie Aaron
**Cc:** Caydie Farmer
**Subject:** Jamaica Beach STR Registration 4230 Spanish Main

**Importance:** High

Dan,

Your application has been approved and is ready for payment. See invoice that was sent via email.

- GCAD shows a build date of 1980 Main Area of 836 sq feet.

- GCAD shows Main Area Down Built in 2003 for 396 sq feet. This square footage will not count as it is not grandfathered in for FEMA.

- The maximum occupancy will be calculated on 836 sq ft and 2 bedrooms.

Once paid, your registration certificate will be issued. Please complete payment by Wednesday, May 21, 2025.

Thank you.

Pam Josselet
City of Jamaica Beach
(409) 737-1142, Ext. 114

City of Jamaica Beach Confidentiality Notice: The information contained in this email and any attachments is intended solely for the use of the individual or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact the sender and delete the material from any computer.

**From:** Caydie Farmer <cfarmer@jamaicabeachtx.gov>
**Sent:** Monday, May 19, 2025 11:39 AM

1

# SCHMIDT EXHIBIT 2

# Sorry we missed you while you were out.

Date: 8.16

The item was sent by: Jamaica Beach

It was sent to: Schmidt

At this address: █████████████████

**About the missed delivery:**

It was a:

\_\_\_\_ Package   X Letter   \_\_\_\_ Large envelope

x3

☐ USPS® Smart Parcel Locker Eligible
*(Smaller than 17Hx13Wx23D)*

Available for pickup date: 70223330000016331

This is the: 70220410002029495
7304
7893

☐ First attempt   ☒ Final notice
10161970000809

To schedule a redelivery

Scan the QR code or go to
usps.com/redelivery

Article number:

**5293 0655 6312 3750**

Return
8.26

We have item/s for you which we could not deliver because:

☐ It requires a payment of $_____ for:
   \_\_\_\_ Postage due   \_\_\_\_ Customs

☐ Receptacle full/item oversized

☐ No secure location available

☐ No authorized recipient available

☒ Signature required
   \_\_\_ must be 18+ years old   \_\_\_ must be 21+ years old

☐ Other: _____

*Please see reverse to schedule redelivery or pickup.*
PS Form **3849**, September 2022



# CITATION
## JAMAICA BEACH POLICE DEPARTMENT
### JAMAICA BEACH, TEXAS

CITATION NUMBER: M20314

ISSUE DATE/TIME: 8/5/2025  1:30 PM  CASE #: _____

### VIOLATOR

NAME: Daniel & Jennifer Schmidt
ADDRESS: [redacted]

DOB: _____  SEX: _____
RACE: Unknown  ETHNICITY: Unknown
HEIGHT: _____  WEIGHT: _____
EYES: _____  HAIR: _____
DL/ID NO: _____  D/L STATE: _____
DL CLASS: _____  SSN: _____
OTHER INFO: _____
HOME PHONE: _____
WORK PLACE: _____
WORK PHONE: _____
CITED PERSON IS JUVENILE: ☐

### VEHICLE

LICENSE #: _____  STATE: TX
YEAR: _____  MAKE: _____
MODEL: _____  COLOR: _____
VEHICLE TYPE: _____
TexasSure /FRVP Insurance Confirmed: _____

COMM VEH: ☐  INTERSTATE: ☐  INTRASTATE: ☐
PASSENGERS: ☐  HZMT PLCD: _____
GVWR: _____  RRC NO: _____
OWNER/LESSEE: _____
BUSINESS PHONE: _____

### LOCATION

LOCATION: 4230 Spanish Main
COUNTY: Galveston County  TRAFFIC: _____
DIRECTION: _____  DAY/NIGHT: _____
ROAD COND: _____  WEATHER: _____
CONSTR ZN: ☐  WORKERS: ☐  SCHOOL ZN: ☐
ACCIDENT: ☐  GANG RELATED: ☐  VEH TOWED: ☐
ALLEGED SPEED: _____  POSTED SPEED: _____
HOW MEASURED: _____  RADAR CALIBRATED: ☐
LOCATION OF ARREST: _____
TYPE OF ARREST: _____

### VIOLATION(S)

VIOLATION 1: 49A5  STR Ad Occupancy Limit (Ord 25-03)
   WARNING: ☐

VIOLATION 2: _____
   WARNING: ☐

VIOLATION 3: _____
   WARNING: ☐

VIOLATION 4: _____
   WARNING: ☐

### Notice to Appear

I, the underlisted, hereby give my written promise(s) to appear for each violation listed on this citation. I promise to either pay the fine(s) and the cost(s) in full or give WRITTEN NOTICE to contest 10 days prior to GIVEN DUE DATE OF: 09/26/2025 AT 9:00 AM

I understand that failure to timely respond and answer this citation as required by law may result in any one of the following:
1. An additional failure to appear charge, arrest warrant issued, and associated fees assessed per violation;
2. Denial of the renewal of my driver's license by the Texas Department of Public Safety and additional fee assessed per violation;
3. Referral of any unpaid balance to a collection agency

I acknowledge receipt of this notification and I am the person named and identified in this citation.

ISSUED BY: L. ESCAMILLA  ID #: 737



# CITATION
## JAMAICA BEACH POLICE DEPARTMENT
### JAMAICA BEACH, TEXAS

CITATION NUMBER: M20335

ISSUE DATE/TIME: 8/6/2025  10:42 AM  CASE #

### VIOLATOR

| | | | |
|---|---|---|---|
| NAME: | Daniel & Jennifer | | Schmidt |
| ADDRESS: | ███████ | | |
| DOB: | | SEX: | |
| RACE: | Unknown | ETHNICITY: | Unknown |
| HEIGHT: | | WEIGHT: | |
| EYES: | | HAIR: | |
| DL/ID NO: | | D/L STATE: | |
| DL CLASS: | | SSN: | |
| OTHER INFO: | | | |
| HOME PHONE: | | | |
| WORK PLACE: | | | |
| WORK PHONE: | | | |

CITED PERSON IS JUVENILE: ☐

### VEHICLE

| | | | |
|---|---|---|---|
| LICENSE #: | | STATE | TX |
| YEAR: | | MAKE: | |
| MODEL: | | COLOR: | |
| VEHICLE TYPE: | | | |
| TexasSure /FRVP Insurance Confirmed: | | | |

COMM VEH. ☐   INTERSTATE ☐   INTRASTATE ☐
PASSENGERS: ☐   HZMT PLCD:
GVWR:   RRC NO:
OWNER/LESSEE:
BUSINESS PHONE:

### LOCATION

LOCATION: 4230 Spanish Main
COUNTY: Galveston County   TRAFFIC: NONE
DIRECTION: S   DAY/NIGHT: DAY
ROAD COND: Dry   WEATHER: CLEAR
CONSTR ZN ☐   WORKERS: ☐   SCHOOL ZN ☐
ACCIDENT: ☐   GANG RELATED: ☐   VEH TOWED: ☐
ALLEGED SPEED:   POSTED SPEED:
HOW MEASURED:   RADAR CALIBRATED ☐
LOCATION OF ARREST:
TYPE OF ARREST:

### VIOLATION(S)

VIOLATION 1: 49A5   STR Ad Occupancy Limit (Ord 25-03)
   WARNING ☐

VIOLATION 2:
   WARNING ☐

VIOLATION 3:
   WARNING ☐

VIOLATION 4:
   WARNING ☐

### Notice to Appear

I, the undersigned, hereby give my written promise(s) to appear for each violation listed on the citation. I promise to either pay the fine(s) and the cost(s) in full or give WRITTEN NOTICE to contest 10 days prior to GIVEN DUE DATE OF: 09/26/2025 AT 9:00 AM

I understand that failure to timely respond and answer this citation as required by law may result in any one of the following:
1. An additional failure to appear charge, arrest warrant issued, and associated fees assessed per violation;
2. Denial of the renewal of my driver's license by the Texas Department of Public Safety and additional fee assessed per violation.
3. Referral of any unpaid balance to a collection agency.
I acknowledge receipt of this notification and I am the person named and identified in this citation.

ISSUED BY: R. BATISTE   ID #: 710

# CITATION
## JAMAICA BEACH POLICE DEPARTMENT
### JAMAICA BEACH, TEXAS

CITATION NUMBER: __M20359__

ISSUE DATE/TIME: 8/7/2025  10:11 AM  CASE #

### VIOLATOR

| | | | |
|---|---|---|---|
| NAME: | Daniel & Jennifer | | Schmidt |
| ADDRESS: | ███████████ | | |
| DOB: | | SEX: | |
| RACE: | Unknown | ETHNICITY: | Unknown |
| HEIGHT: | | WEIGHT: | |
| EYES: | | HAIR: | |
| DL/ID NO: | | DL STATE: | |
| DL CLASS: | | SSN: | |
| OTHER INFO: | | | |
| HOME PHONE: | | | |
| WORK PLACE: | | | |
| WORK PHONE: | | | |

CITED PERSON IS JUVENILE: ☐

### VEHICLE

| | | | |
|---|---|---|---|
| LICENSE #: | | STATE: | TX |
| YEAR: | | MAKE: | |
| MODEL: | | COLOR: | |
| VEHICLE TYPE: | | | |
| TexasSure /FRVP Insurance Confirmed: | | | |

COMM VEH: ☐   INTERSTATE: ☐   INTRASTATE: ☐
PASSENGERS: ☐   HZMT PLCD:
GVWR: _____   RRC NO:
OWNER/LESSEE:
BUSINESS PHONE:

### LOCATION

| | | | |
|---|---|---|---|
| LOCATION: | 4230 Spanish Main | | |
| COUNTY: | Galveston County | TRAFFIC: | NONE |
| DIRECTION: | S | DAY/NIGHT: | DAY |
| ROAD COND: | Dry | WEATHER: | CLEAR |

CONSTR ZN: ☐   WORKERS: ☐   SCHOOL ZN: ☐
ACCIDENT: ☐   GANG RELATED: ☐   VEH TOWED: ☐
ALLEGED SPEED: _____   POSTED SPEED: _____
HOW MEASURED: _____   RADAR CALIBRATED: ☐
LOCATION OF ARREST:
TYPE OF ARREST:

### VIOLATION(S)

VIOLATION 1: __49A5__   STR Ad Occupancy Limit (Ord 25-03)
   WARNING: ☐

VIOLATION 2: _____
   WARNING: ☐

VIOLATION 3: _____
   WARNING: ☐

VIOLATION 4: _____
   WARNING: ☐

### Notice to Appear

I, the undersigned, hereby give my written promise(s) to appear for each violation listed on the citation. I promise to either pay the fine(s) and the cost(s) in full or give WRITTEN NOTICE to contest 10 days prior to GIVEN DUE DATE OF: __09/26/2025__ AT 9:00 AM

I understand that failure to timely respond and answer this citation as required by law may result in any one of the following:
1. An additional failure to appear charge, arrest warrant issued, and associated fees assessed per violation.
2. Denial of the renewal of my driver's license by the Texas Department of Public Safety and additional fee assessed per violation.
3. Referral of any unpaid balance to a collection agency.

I acknowledge receipt of this notification and I am the person named and identified in this citation.

ISSUED BY: __R. BATISTE__   ID#: __710__

Scanned with CamScanner

# SCHMIDT EXHIBIT 3



**Important Information Regarding City of Jamaica Beach Issued Citations**

Pam Josselet
To: Pam Josselet
Cc: Ceythe Farmer
Bcc: [redacted]

Thu 9/14/2025 4:08 PM

Short Term Rental Owner,

Please be advised that a Short Term Rental property in Jamaica Beach, Texas – listed under your email on the Homeowner Credential – has received one or more citations for advertising a maximum occupancy above what is shown on your City of Jamaica Beach issued 2025 Short Term Rental Registration Certificate.

Your court date is September 26, 2025, at 9:00am at the City of Jamaica Beach City Hall located at 16628 San Luis Pass, Jamaica Beach, TX 77554 unless you have arranged for another date

Please immediately review and update all property advertisements to comply with City of Jamaica Beach Short Term Rental Ordinances.

As outlined in our May 1, 2025 email, Ordinance 2025-03 introduced new advertising requirements for Short Term Rentals

All advertisements, regardless of platform or medium—must include this information from your 2025 STR Registration Certificate.

1. **Short Term Rental Registration Certificate Number** *(required since 2021)*
   - Prefix the number with "STR."
   - Example: If your certificate number is 25-000001, display it as **STR25-000001**
2. **Maximum Occupancy** *(required since 2023)*
3. **Qualified Bedrooms** *(New Requirement per Ordinance 2025-03)*
   - Advertisements may only list and reference the number of *Qualified Bedrooms* shown on your 2025 certificate

**Important:** Properties still out of compliance after August 22, 2025, may be subject to additional citations and fines up to $500 plus court costs for each occurrence.

**Need Help?**
View or print your City of Jamaica Beach-issued 2025 Registration Certificate

Logon to MyGov Short Term Rental Portal

Short Term Rental Owners

Please email me if you have questions.

Thank you.

# SCHMIDT EXHIBIT 4

## COURTESY NOTICE
### CITY OF JAMAICA BEACH
### MUNICIPAL COURT

CASE #: C242806    APPEARANCE DATE: 10/10/2025    AMOUNT: $ 581.00
OFFENSE: STR AD OCCUPANCY ACT (85-03)

**SCHMIDT, DANIEL & JENNIFER**

The time allowed for you to reply to the above charge has expired. Unless your remittance of the fine amount or an Appeal Bond is received within ten days, you will also be charged with Failure to Appear and Warrants issued for your arrest. Please send Personal Checks, Money Order or Cashier's Check to the address below. Return this notice with your remittance. You may pay online at www.govrec.com/home/cityofjamaicabeachcitx. Please TEXT 409-737-1142 with questions.

This notice is sent to you as a courtesy and is not required by law. You have the right to enter a plea and go to trial or you may contact the court regarding alternative payment options. If you have previously taken care of this case, please disregard this notice. For more information please call (409) 737-1142.

**JUDGE**
**GP MONKS**

CITY OF JAMAICA BEACH
MUNICIPAL COURT
16628 SAN LUIS PASS ROAD
JAMAICA BEACH, TX 77554



# SCHMIDT EXHIBIT 5



Dan Schmidt

## Notice of Short-Term Rental Suspension – 4230 Spanish Main
1 message

**Pam Josselet** <pjosselet@jamaicabeachtx.gov>   Mon, Dec 29, 2025 at 5:45 PM
To: Dan Schmidt
Cc: Gilbert Salas <gsalas@jamaicabeachtx.gov>

Mr. and Mrs. Schmidt,

This email serves as formal notice that your short term rental property located at **4230 Spanish Main, Jamaica Beach, Texas**, received **four (4) convictions** on **December 19, 2025**.

As a result of these convictions, the property has been **set for suspension** in accordance with City Ordinance 25-03, as outlined below:

**1. Suspension Criteria**
The Short-Term Rental Registration Number shall be suspended by the City for **six (6) months** upon conviction of **three (3) or more total violations** of the Short-Term Rental Ordinance and/or the Hotel Occupancy Tax Ordinance within a **twelve (12) month period** for a registered short-term rental property. This applies regardless of whether the citations are issued to the **Owner, Operator, or Guests**. The City is required to notify the property owner of each conviction within **five (5) business days**. It is the property owner's responsibility to ensure the City has an accurate and current email address on file.

**2. Effect of Suspension**
Beginning on the date the suspension is enacted, the Short-Term Rental Registration Certificate will no longer be active, and the property must be **removed from all short-term rental platforms**. You may honor confirmed bookings for the **30 days immediately following the effective date of suspension**. All remaining future bookings must be canceled.

**3. Right to Appeal**
The Owner may file a written appeal within **ten (10) business days** of today by submitting the appeal to the Short-Term Rental Clerk:

Pam Josselet
pjosselet@jamaicabeachtx.gov

Upon receipt, an appeal hearing will be scheduled before the City Council at the next meeting that allows for the required **72-hour public notice**. The City Council will determine whether the suspension is upheld. The suspension will **not take effect** until a final disposition is made by the City Council.

**4. Permanent Revocation**
Please be advised that the City Council may permanently revoke an Owner's right to operate a short-term rental property following **two (2) suspensions**.

If you have any questions or wish to file an appeal, please notify me **no later than January 9, 2026**.

Sincerely,

Pam Josselet
Short-Term Rental Clerk
City of Jamaica Beach

(409) 737-1142, Ext. 114

City of Jamaica Beach Confidentiality Notice: The information contained in this email and any attachments is intended solely for the use of the individual or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact the sender and delete the material from any computer