## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **JAMAICA BEACH STR ASSOCIATION, DEBRA TABBERT, MARISOL GARZA-FLOREZ, PARAS RANA and VICTOR CARRION,**     **Plaintiffs,** | § § § § § § § | |
| **vs.** | § § | **Civil Action No. 3:26-cv-00031** |
| **CITY OF JAMAICA BEACH, TEXAS, PAM JOSSELET in her official capacity as an employee of the City of Jamaica Beach, Texas,**     **Defendants.** | § § § § § § | |

## PRELIMINARY INJUNCTION

On this date, the Court has considered Plaintiff's Motion for Preliminary Injunction, Defendant's Response, the pleadings, evidence, and arguments of counsel.

The Court finds that Plaintiff has demonstrated: (1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable harm if the injunction is not granted; (3) that the threatened injury outweighs any harm that may result from the injunction to the non-movant; and (4) that the injunction will not undermine the public interest.

Defendants, the City of Jamaica Beach, Texas, City of Jamaica Beach and Pam Josselet, directly or indirectly through any agents, officers, employees, members, managers, representatives, or persons working in concert with them, are hereby ENJOINED from enforcing Ordinance 2026-01 against homeowners. This includes the

issuance of citations, fines, punishments, charges, judgments, revocations, or suspensions of licenses, inspections, warrants, requirements.

This Preliminary Injunction shall remain in effect until further order of this Court. The Court waives the requirement of a bond.

SIGNED this _____ day of _____, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE