United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMAICA BEACH STR ASSOCIATION, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:26-cv-31 |
| CITY OF JAMAICA BEACH, TEXAS, *et al.*, | § § § § | |
| Defendants. | § | |

## **ORDER**

Before the court is the parties' discovery dispute letter. Dkt. 32. The court orders the City to produce the email addresses of STR homeowners in contention to the Association's lawyers. In addition to the restrictions imposed by the standing protective order, the email addresses may only be used by the Association's counsel for the purposes described in the letter.

Signed on Galveston Island this 30th day of June 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1/1